Exhibit 01

McKnight Doctoral Fellowship <u>Department Comments</u>
Spring 2019 Deadline: *May 24, 2019*

**To renew their McKnight Doctoral Fellowships (MDF), Fellows must demonstrate continuous academic progress as defined by their doctoral program departments.  Please provide the information requested.**

**MDF Name:     Bobby Shed**                              **University:  University of South Florida**

| | |
|---|---|
| 1. | Is the Fellow progressing toward the Ph.D.?  In answering this question, please include the candidate's courses completed and grades earned; performance on projects, presentations, and exams; and adherence to high ethical standards.<br><br>The candidate is progressing in the Ph.D. program.  In the Spring of 2019, he completed two doctoral seminars with grades of a C+ and an A-.  His current GPA is 3.12.  Bobby is an effective communicator and expresses his ideas in a clear manner during class presentations.  He is a respectful and pleasant student who adheres to high ethical standards. |
| 2. | Does the Fellow demonstrate commitment to and enthusiasm for his/her work?<br>Yes, Bobby exhibits strong interest and enthusiasm about his research topics. |
| 3. | What challenges, if any, do you see that might interfere with the Fellow's progress toward completing the doctoral program?<br>Most of the remaining requirements in the program involve research projects.  As such, this part of the program involves more flexibility than the structured nature of coursework.  Some students find this challenging if they are lacking in self-motivation and drive, but I don't expect this to be an issue for Bobby. |
| 4. | General Comments: |

5.  (a) Expected Dissertation Defense Date:   May 2021          5.  (b) Expected Graduation Date:   Dec. 2021

6.  Post-Graduation Employment, if known (Employer name; employment location; job title):

**Evaluator Signature:** _Digitally signed by Ninon Sutton_
DN: cn=Ninon Sutton, o=USF, ou=Finance, email=nsutton@usf.edu, c=US
Date: 2019.07.29 18:56:11 -04'00'          **Evaluator Name:** ___Ninon Sutton_____
                                                                    (printed or typed)

| FEF STAFF USE ONLY |
|---|
| Date, Form Reviewed _____ |
| Date FEF Notified of Graduation_____     Date, Fellow transfered to Graduate Directory _____ |

Exhibit 02

Transcribed electronically with Otter.AI
True Audio Linked Here: https://www.dropbox.com/sh/hbdd5tcp7d95c5h/AAA4K_jawuBgIwR07CoyZXfya?dl=0

# Audio_Meeting Dean Limayem_Dean Reck_Dr Qi_Dr Sutton_2019 01...

📅 Wed, 3/2 10:24AM   🕐 44:26

**SUMMARY KEYWORDS**

university, funding, receive, police, delayed, people, students, incident, foundation, report, year, usf, paid, accommodations, advocate, bureaucracy, student, understand, hardship, months

👤 **00:04**

Okay. We appreciate you taking the time to meet with us. Would you like some water or coffee

👤 **00:12**

or appreciate?

👤 **00:14**

Sure. Thank you we're very sorry. You went through some of the best experiences, let me tell you a show you is, and hear my colleagues and my witnesses is that our role, our role is really for every students, regardless of who he or she is to add a great education experience that they that is productive, enjoyable, and more importantly, safe environments and when they feel safe, so if for any reason you felt otherwise, we apologize, and that's never the intention. So here today, we're, you know, you have all the dream team to try to listen to your concerns, and see how we can address it. Does that make sense? So Lori's your

👤 **01:26**

printer, your progress for being tardy. Um, I think it's important that I've just jotted down some notes so I can organize my thoughts. And hopefully don't leave out anything that is important. So I think it's important to begin with gratitude. I am very grateful for this meeting. And I'm also very grateful to study at USF. I heard so much great stuff about this university people are kidding. I'm never we have one of the top real estate professors, which is, which was, you know, a magnet for me, Maxine, I heard about Dr. Hunter's research at a conference before I came here and met him. And I've been in other economics classes, what I was seeing some of that the cheese research, and I'm like, Well, I get to work with these people who are really awesome in this field. I want to be a part of that legacy, and hopefully one day contribute to that legacy. I don't want to tarnish the reputation of the university. That's not my goal. I don't want to destroy anything that people have worked hard to build. I'm grateful to be here. And I want to be here. However, I've had some problems receiving Student Services. And I was

hoping that we can address address those. And perhaps work through some some, some solutions. In this way, I wanted to send an email to the leaders of the university. And my secretary got the second just to ask her to look over the tone and make sure it was coming off respectful and not pleasant. And she proposed a meeting beforehand. And I thought Ashley looking like all the chains of command that are listed in you know, your online website for recording incidents or for receiving planning and working with people I was closest with. And I thought that was a next step. But since that episode, requested a meeting, of course, broke up large too.

03:22

And we want to make sure above you understand that, you're absolutely free to contact anyone you want. We just thought that probably having a chance to talk to you and try to understand and do whatever we can do could be the first step. But it is absolutely your right to write to anyone you want. So that's what I've just made fun of make sure that you understand,

03:46

well. I don't want to create unnecessary waves on necessarily problems. So I'm sorry if it can be solved internally. That would be awesome. So two things that I'm concerned about. One was the university police situation. And then the second was is my funding. I'll deal with those each in turn, if you don't mind. So I don't want to rehash the whole incident with the University Police. It was traumatizing and triggering. And if you want to know, see the whole incident, you can get a dashcam but it's from the university police or from the university, as well. They have security surveillance, I've asked for it. Some of the photos was denied to me and what was given to me what was given to me edited some of the hat sound completely real. None of it started from the beginning of the incident like no sound at all. And some of the footage just was made from clear to so blurry in a matter of a short amount of time so you can see what police were doing around my car. So hopefully, you're interested in the incident and you get that British company they'll give you the complete unedited footage but essentially I was taking some legal power buses into my office at night. When I was stopped by the police, I sort of assumed that everyone knew about this. But some people told me some professors told me that they didn't, in any way upset by police. And so the university police that I was moving buses into my office, now work here, and I stopped for permission to meet, which for my identification, I didn't just reach for that as an average commodity. Several times throughout the encounter, I sought permission to reach for my identification, including at the beginning. And the university police did not allow me to extend that identification. They did not grant that permission. She told me that I did not belong here. I believe her exact words, were something to the effect of, I know everyone who's in this lot, sir, you're not supposed to be in this lot, sir. She said I was a suspect that she was going to trespass. And this is all while I have requested permission to reach for my ID and told her that I will plan on fixing buses in my office. And then she called a whole squad, they surrounded me with their hands on their weapons, they search my stuff in our family, about to present my identification. And there, the police told me, he was gonna report me to Student Conduct for not complying and felons identify myself. And she said that with both the magnification so in her opinion, she said that we were both my advantages. And not only did they require my student ID was that they first they also demanded my driver's license, which could be interesting, because not all students have driver's license. But at any rate, I gave them both to her, he said she's gonna report me for not complying and not identify

myself in the presence of all the other police who were there. And that was concerning to me, not only the incident, but that part. You know, what she said to me just essentially criminalize me before I had an opportunity to present my ID Not to mention that my car had the appropriate University decal. And then also, you know, saying that, you know, she's going to simply fall foul of false report, because I don't know how one can fail to comply or identify themselves. If you're standing with both Aggies in your hand, that is concerning that a police would make her statement. Twice. She said, it's that she sort of essentially found that false report, which could have consequences for me. So those two things were concerned and criminalizing and then the false report. And I've dealt a personally with similar incidents before on PhD students, I've been had a lot of different universities, and the consequences were retaliation. I had problems receiving my accommodations, there was all of a sudden a different standard for me. And there was for other students emanation and so on. I received, I have some very serious health issues. So I receive accommodations to students surface disabilities, and this is on top of this specific event, when I'm saying this happened before that in another universe.

08:09

Year, I'm just trying to understand what you said you had some issues accommodation, was it here or another.

08:17

So I'll get to here in a second abomination does not know I do receive accommodations here. So what I'm saying is I've had a similar event happen at another university. And after the event, I had retaliation that look like me not getting my appropriate accommodations from the Student Disability Services, different standards for me, then other students, hobbies department and just a host of problems. So what I would like to see happen and what I think will be helpful for me, moving forward is one that the university really thinks critically about safety and dignity. That's important, like dignity of all students. And I would also like to have an advocate to help me for any possible retaliation. I have some unsettled feelings, but I feel if I had a advocate who has some reach within the university and whose words carry weight, that my ultimate goal was to graduate really fast, get my degree and move on and do great things and be a part of this legacy hit us up not term sheets. I think if I had an advocate, that would really help for some things that seem like feel like retaliation. I don't want to I mean, that's a strong word. So I don't want to offend anyone to turn the one off and try to be thoughtful but all right, the other problem has been persistent. Delays with delays withholding and decreases in my funding. So last year are possibly our approximately six months to receive funding from the foundation. That is a long time. That is a long time if you just put yourself malposition think about the trade off that you would have to make if you did not receive funding for if you didn't see a paycheck for. So I have several sources of funding. But the biggest one was from the summation that I did not receive. And I was expecting to receive six this year, at least six, approximately six months, it was more like five months and a half. But what's a half of a month when you missed the first part of that month, and you have all these obligations to get another one? Yeah. And this year, the foundation approved for me to receive all the funding. At the beginning of the year I receive part of it, I'm not even happy, because for some reason, a lot of it was sucked up. So I received like 1/3 of it. And since September 2018, the whole thing has been approved in writing from the foundation with a graphic to show how it should be I mean,

it's like it's hard to miss out misconstrue it. And it's January now. So like, possibly another five months. And I have not received access to that time. And I felt turn of demands as not only that, but all of my funding I received the midnight fellowship that was painting really late, I received all these notices that I'm about to pick up on my classes. Try to deal with that. That was like very shortly got to me, that was it. That was at the beginning of my semester. So apparently, if you don't have like the funds are not sent to the Office of Financial Aid, which are registered in class they disenroll you for non payment. And from what I understood, I was like, Okay, well, I should have been for somebody maybe late a little while they say Well, no, it doesn't matter. Because if you don't pay back this debt, magically disenroll, then you can't receive funding at all. So ciphertext, when it was a lot as a lot of pressure, it was along the lines of like was delayed considerably. Let out my funding was delayed, it's up for the I can think of what was not delayed, I had a bill and everything was delayed. So my funding has been either delayed or withheld or reduced because I still can't understand why. Right seems like my student health insurance has been paid or where all this other like, wow, I only received 1/3 of the funds when I was first

👤 12:21

paid the backs of these from the scholarship.

👤 12:26

Okay, from the grant last year, took us about six months to find that out. Because we were looking for where the source was for that, because I know we spent quite some time to track that down. So it's paid up the grant last year, which grant was paid out, as far as we know is paid on the roadways last year.

👤 12:47

Okay, that that is what I know, because we're not

👤 12:52

the only place we could find where it could come from, we can't find any other way.

👤 12:56

So when I tell you what I should have received, which is 20,000, plus the 30,000. From the grand Odyssey, Joe right amount back minus $10. For my student, Agnes, via student university ID. So the notion that it came back from the grant is not consistent with what I know to be true, but as an adult last weekend. So at any rate, um, I think what helped moving forward is one, you know, I'm concerned that these things might be related, I can understand a little bit of a delay last year because it was new to everyone and everyone was working on it. But this year, we have systems and protocols and contracts in place. The delays and withholding does not necessarily make sense to me. And I'm wondering if it's related to me reporting my incident

with the university versus the police. Maybe it's television like we were **show**ing you or if it's like just like sincere in, you know, mistakes or people Yeah, but either. **Well,** I don't want to say that's a strong word, but if it's like, you know, an oversight of people over **eit**her way, the consequences to me are very much the same. And hopefully to you gu**ys as** leaders, it is like, are inseparable hopefully.

14:14

Yeah, let me tell you, Bobby, just because you asked a very good question. Again, what you said is absolutely not, we cannot operate under these circumstances. So forth course, this is what you're saying you check things and I have no reason to say no, I **a**pologize for anything that happened. One thing I can assure you, that I am 100% sure that these two incidents are not true. I can assure you not not not not 100% 5,000,000% I know, this is why I love this institutions. I live in four different continents. When people have a race, I don't even know what to answer. So with my own life, and minority, I've been selected here, out of 170 other candidates, and I'm not the typical candidate, I say, Hi. And people ask me, where are you from? I've never felt any type of mistreatment, because who I am. Now, it could be that the incidents and we will see how we can explore further. And so these things do not happen again. But one thing, I assure you, from my own experience, personally, and professionally, knowing very well being almost seven years here at USM, that these answers this is not the DNA of the police. This is not the kind of the place. This is not how USF operates. Other places that probably tell you that things like this could happen. But I know the chief of police here. I know very well, the leadership, I've worked with them every day, it USF does not operate like that. It could be just a very unfortunate succession of events. But and my colleagues to also say what they? Absolutely.

16:29

So I think one and I, in terms of the funding, I think having an advocate would definitely help. Yes. So if there's, you know, issues with funding, I can go to that person. And hopefully, this is a person who has within the institution in the way of their work carried. And I would also like to ask for funding to help me recover from the hardship of persistent and unreasonable delays of the quality of my funding. Last year, there was a UGA scholarship I received, I believe it was like $1,000 for the entire year. So if I can,

17:02

and is offered once.

17:08

Graduate school, but by that is good way to say

17:13

graduate fellowship was offered one year students are only eligible for it for one year

graduate fellowship was offered one year students are only eligible for it for one year,

**17:20**

and how much it's

**17:22**

$12,000 per capita, we cap it up, make it equivalent to what ours is get out of the college's recently

**17:31**

received a piece of Elysee 12,004 99. So that would be the amount that I was trying to ask for, I think it'll be very reasonable to help me recover from the hardship of persistent delays and with holding up my phone into like, receive that for the next two years. So just for an example, last year, when I moved here, a lot of my stuff was too short, I moved during a hurricane It was short and sturdy, not better. But by Rhett's that came into the mass storage after the hurricanes, I had to replace stuff, even the fact that all my boxes, I have serious medical conditions, and I've been having to make strips off about you know, doctor's appointments, what gets paid what doesn't get paid access medication, living expenses on credit, there's a host of things that trade off that anyone would have to make it they are trying to survive. And the stakes of policy of the university were not the policy, but the unspoken policy have not broken and trade off that you guys were asked to make. So I think that is a reasonable request and maybe unusual for NSF funding. In addition, not to replace not to but in addition, I think that would be reasonable to help offset the hardship helped me recover from the hardship of the leaves and

**18:53**

I can literally experience being shocked by it.

**19:07**

That happened this summer on June 23 2018.

**19:19**

I would like to say that we are efficient here but bureaucracy at this university is amazing. Taking it to new heights. And number the number of people who have touched your funding situation was just incredible. And every time somebody touches it, it slows it down. So I actually sat down with some people went through it and I can't believe how many things have caused delays. The number of ministers and the number of issues that have been generated by the bureaucracy have contributed to the have delayed since. And I know this is no consolation.

There are a lot of professors here will, who will agree with you because **of the** own funding delays that they've received. And I had the experience. It's no excuse. **But li**ke I said, as a result of that, I know they're not related. It's just bad about, about bureaucracy**,**

20:23

but succession.

20:26

So the one of the things that we are looking at doing, that we talked about is, we're already working with foundation now for your funding for next year to see if we can get the foundation to move forward more quickly than it has in the past and the world. Forward.

20:45

And so I 100% Respect what you're saying and what you guys are saying provide some degree of reassurance that perhaps these events are not related, that there is no like retaliation. But what I note to be true, is that the human, the foundation sent a sent the letter to the university over the summer, saying complete this document, one page, complete a one page report. After that, you'll get the check. And that was on this report on the saying that I did not use it. So the Robert Wood Johnson Foundation is associated with like medical, like this, Johnson dammit, oh, it's magnetic medicine. So it's, you can't use the fun for like experimental trials, like drugs and stuff like that. Yeah, we have some restrictions. And all they have to do is say none of the fun for us for these restricted purposes. The student is in good academic standing, he has a big coin or whatever, and send that back to the foundation and the foundation sends a check base that over the summer I followed up with everyone I said, here are all the people who worked on it. So when people told me that the foundation was delayed, it doesn't feel consistent with what I know because I know I was contacted people over the summer. Our foundation here are the foundation or the foundation is my funding Robert wood Johnson foundation, foundation talking about our foundation,

22:15

because the Your Money comes

22:17

directly to this college goes through our research foundation. And so there another level of bureaucracy

22:23

and that's what's my

22:26

right eye. And the foundation, the Robert Wood Johnson Foundation, since our email to your research, I follow up

22:36

with that without

22:38

Yes, sir. This little beagles last year was Miss Kelly Shuster. But I sent an email I said, here are all the people who worked on the farm and their position from last year, can we please work synergistically to make sure there's not another six month delay? So that was this summer. And again, what happened?

22:59

Because hopefully this will give you another shot is big universities like USF a really sizable. So it's a big site. And there's a huge silo between the police and everything else. So for the police, to interfere with our Research Foundation, and to say this students had an incident with an officer, so delay his or her funding, even if they wanted to do that. The silos will not allow them to do you see what I mean? Yes, that's what I really want you to understand is

23:39

out a report a complaint after that incident, so with the University and also called the Freedom of Information request with the university. So I know that people at the university who was aware of the report was aware of the grievances and had sent it to all the people who are appropriate, according to so I mean, it wasn't like is it like they're making silos, but there were people who knew outside of the silos and I respect that. I just want you to know, though, also,

24:12

I think maybe another for example, on the bureaucracy here, we have a small development, small business development organization, that SBDC they operate everywhere. They're affiliated with us here at the university. They've been with us for 20 years, something like that. They get their grant every year from the federal government, same time. They fill out their annual budget to get the federal funding, same time every year. They put in the paperwork, same time every year, you think it would be automatic, wouldn't you? takes six months for them to get their grant. They end up having to look for a place to get the rent money to pay the rent on their place while they're waiting for the grant to get open. Even Every year

25:03

how long was going on there? Because,

25:06

believe me, we sound like a broken record. So your your case is just n **plus o**ne. And it's very frustrating for us and me to give you another example. And all these examples don't make. Don't give you a lot of companies come to us and we want, they wanted to do a project with us. They gave us the money. Sec, okay? Because companies have to pay before the end of the fiscal year, they have the money to spend money was deposited, the university's accounts, and we couldn't get the approval to use it. Even after a year, imagine how bad that seems. It seems like we're bashing our own universities, I can assure you this is not unique to USF. This is how, unfortunately, big universities like this, it just it's sometimes the right hand does not know what the left hand is doing. Are we doing something about it? Yes, absolutely. We do not miss an opportunity to talk about it. We even proposed our own know how to review the processes. But just this your case is not an isolated is really not an isolated case. However, that does not make it right. Or yeah, it does not. And they in your case. Just a few months without any income, it's just not not not acceptable.

26:56

Well, I will not say without any income, I have several sources of funding, but the big sources getting delayed and considerably.

27:04

Yeah. It doesn't matter. In terms of you asking for, for an advocate. This is what every one of us is good for all our students. I'm personally advocate for every single student. So I, hopefully, I believe, and hopefully it's right that I'm heard wherever you go. So anything. So if, for example, you want me to follow up with the chief of the police, so to make sure that he is personally, Chief Daniels, I know him personally, make sure that he is aware of this incident that make sure that at least it does not. I will be more than happy. But but you have to be comfortable with that. If you do, I will be more than happy to talk to him and relay the facts, the way you see them. Regarding the other funding, I really want to make sure if I even have to talk to the Senior Vice President about your case, I'll be more than happy to make sure that you receive your funding on time. Great idea that we start thinking about all of this

28:27

work in place because we do have the email exchange that you had with Robert Woods Foundation, we want to make sure that the Research Foundation will accept that yes, in their written contract, it says one thing so we want to make sure that they'll take the email exchange and adjust their contract because if they don't adjust their contract, they're not going to release them.

28:45
It seems that the contract says is paid for what the

28:49
contract says it recommends that the institution make payments at least twice a year. It says however, you can amend the contract by writing an additional thing and so is called and she received verbal approval and then she received written approval with a crappy name. And even even at that like the initial payment was still a month late like I should it should have been at the beginning of September I got it towards like September the end of September. The end of September like September 28 Back there very so and then the other parts still hasn't come in when that part came but additional one came it was drastically reducing the time figured out why where's the rest of this money gone? And who's paying my student health insurance and all this other stuff? Yeah, so

29:43
just understanding that the second part of your your Robinwood has been process. The Valencian told me that it's process so it shouldn't roller post. They said when they do it for students, which is next week this week or next week. It's supposed to go

30:01
And they had reduced that, by the way, she had processed it for $7,500. And I was like, that's not the right amount of work, it should have been $15,000.

30:12
Some things for some reason, that validation, which was 10% of the original, we have no idea why they chose underwriting as if they weren't sure the rest of us coming. Then the other thing we learned was, Bobby has a four year grant. But one year was at Texas, three years were here. They thought for worse years were here. So they were dividing this by four instead.

30:47
But they did it right last year.

30:50
So yeah, but if they made that assumption, I hope they do. And

33

30:54

like I said, fell in love with it.

30:57

So, Jackie, here really talking to the sort of foundation? How can we get **to th**e bottom of this?

31:09

Every time we've met at the foundation, we've had trouble getting to the bottom of anything. We think we've got a solution, but it keeps coming back.

31:20

So how can I?

31:23

Well, let me say talk to Val and Shane and see where they are thinking **we** can take it to Keith is the one that actually signed the contract. So we can ask for a meeting with Keith Anderson, who would be one person that we could talk to we can also talk, Rebecca,

31:44

probably Ethan Rebecca at the same time. So let's make sure we get just make sure so you get this was an issue now. This was an issue within the get your money. Now, unfortunately, as you see, it's it's really beyond our control. But this is not the end of the story, it doesn't mean that we're not going to do everything we can at the highest level, to be your advocate, to make sure that not only you receive your money as soon as possible, but also as we move forward, that you receive your money, to your satisfaction and to the satisfaction of your funders or sponsors. So that you have our assurance, again, my offer for you regarding the first issue of concerns is to talk to the police if you want me to but it's up to you. I think we probably didn't have any legal obligation to report this.

32:57

Bobby has reported correct

33:01

us as I got these segments, we might have an obligation regardless of **what** you tell us to report this

this

**33:08**

should be done in our heads for a number of students.

**33:13**

So So, first of all, that each one has to report and finally report. So we will do quite a report. I will talk personally to the to the chief and get the details and and share with them my personal concerns and now they might have a different story. But at least be your advocate and rely on the story the way I heard it from you and have an assurance from the feet that on our students pretty safe because who they are when they are on campus and where they are supposed to be. So that that I can assure you. We'll follow up on that. So that's the first concert by one by one.

**34:01**

I agree and just in addition to work he says also like the university if someone files a Freedom of Information request for documentation that the handover should not be so can we navigate the sounds No,

**34:14**

that's true. That's a crime as a state institutions to change, edit, delete any information. So so that what you're saying that is extremely, extremely alarming. I will make sure that they I realize so again it's going to come down so quickly. This is exactly what happened. This is what we are able to get.

**34:53**

What I can show you what I said it shows that I have asked at least three

**34:57**

cameras we just have to gather Was it duplicate in one of these videos that you answered?

**35:03**

So on my cell phone, I have some footage and I have additional footage, I have footage of me asking, may I please reach for my ID several times over requesting for permission. And I also have footage of the officer holding my ID told me she's going to build a report for me identify myself for not complying with the law support.

35:26

Some of what he said,

35:29

maybe use it Professor stuff to the

35:32

Yes, I mean, it's public information. So my email and also everything that's in the world is broken.

35:38

If it isn't heard, he made his public information. Yours is not Oh, it's in our email. It is yours. So that's, that's, that's good. That's good to know. So that's my, that's something you have my

35:56

mobile devices 30 smart, and me asked me to reach for my rd is in the mail,

36:01

if you want to use it send it was one of us. Because if we don't have technologies you want us? Yes, yes. We don't have it, we can have it, we will use it. So that's the first thing. The second thing, I can assure you that we want to work really hard. Second thing is, I hope you at least understand why we believe that these principles are not related, they just showed you. If I personally find out that you being retaliated against because of what happened, I will resign right away. This is not the instant that No, no, no, let me tell you, this is not the store. No, this is not the institutions that I belong to that we love. And we spend more time here than we spend with our family. This is not the values and that's why I feel so strong. That so so that's so the third thing is we're going to do everything we can at the highest level meeting with the leadership to get the assurance now, please understand that we do our our best and, and even willing to take it even at the lever at a higher level of that does not work out, we need to talk to the Senior Vice President, we will not be seen as president. But we will try to get to the bottom of this and at least work out the solutions and make sure that we follow through the solution. So that's something that the one thing that I'm not sure about and I want to be transparent. So set your expectation is is a compensation type of compensation. Simply a conversation

37:48

with a strong word for heart helping you recover from heart hardship.

with a strong word for heart helping you recover from heart hardship.

37:54

And yeah. Again, we as a state institutions, you know, we're really scrutinized for everything we have our budget is public. Close to 90% of our, of our budget is used to pay salaries, but 10% the remaining sometimes even less than 10% We use it for paying for everything else including the infrastructure itself, we just simply do not have the budget for something like this just we just don't have it but that doesn't mean we can ask the graduates we can ask others we can we'll try to see if there is anything that is that can we can get you we we definitely are we really wouldn't pull our best but I really want to set the expectations right. Exactly again. So just something because you cannot believe how many have these emails I see not not not in this situation, but just you know, you have students that death and family usually father or mother left they cannot they cannot pay their tuition and it just it really breaks my heart I'm a donor to the university so that they these the things but we just don't have the budget for these things. So

39:26

I'm a sandwich a sandwich as significantly different than having consequences. There are new because of university has not been able to deliver funding when it was approved by your funders. That's completely

39:42

ad hoc. Yeah, but but this is where I said when I said compensation, he said now he said he's for hardship. So so that's what you see. Yeah. So that's why I said you know, recover from for a hardship. Yeah, okay. So We see. So and we want to also make sure that the as it is the policies and we do everything, but the funding is always contingent and good academic standings. I'm sure you know that right? Absolutely, yeah. So that just makes you

40:18

very important to me to have an advocate. So what happened was not to be, but I went to a professor for help. And I had made a perfect score on everything in the class, up until the end, but I have some health issues I have, I was dealing with this school for weeks and complained complaints and back and forth and ask for, you know, ask for certain accommodations, which have been approved with us. And he was visibly uncomfortable with me in his office and told me to drop his class, that kind of stuff. You said, Okay, well, we can be uncomfortable around me while not being feel like I'm being criminal, let us know why. So let me tell you why your class, you have done a perfect score on everything, had a conversation to face. So I mean, it can be a catch 22 EDM through academics or get rid of my funny academics or no, so yeah, let me tell us why I want an advocate.

41:16

I don't know even. Even in another college, we just don't see that piece in the Ph. D program. We don't see these cases very often. So that's why they're reluctant. But but we will be more than happy to be your advocate in this case. And, again, if it does not infringe on the academic freedom of the faculty member, we'll do everything we can, so that you get the accommodation that you deserve it. So I think that's how we're gonna proceed. Let me just summarize, again, I'm sorry. So I will talk to the chief, police personally provide any evidence you make available for us to ensure that these things here, they're making sure that these things do not happen again. So that's the first thing. The second thing is we're going to work at the highest possible level to make sure that these will work out process so that you get your money now, and in the future as soon as possible. And in the right time, as good academic understanding. Of course. The third thing we're going to ask on your behalf if there are any possibilities for funding for extra funding. In your case, even the hardship anything is

42:56

documented.

42:58

Not everyone Yes, sir. Jack Jack, no, we're

43:02

about and we're

43:03

moving down, which memorized and we'll make sure that they also put some notes

43:08

and I just want to be clear that my goal is to graduate as soon as possible. Get my degree and I don't want to tarnish it. I want to be a part of this legacy. I want to destroy it. And that is the ultimate goal. For Gregory.

43:22

Daniel, what is everybody's goal in this room and the comment is your success and every student's success, how many times you've heard that will my friends so we are so your success meaning having a great educational experience that is safe, productive, but also for you to graduate on time and be a great scholar. As is our goal and so we learn from you. Thank you so much for being with us again. We have a really pretty as if you felt unsafe if you felt uncomfortable if you retaliated against my I apologize on behalf of us. I do try to do everything that everything possible. These things will not happen again.

Exhibit 03



UNIVERSITY OF
SOUTH FLORIDA

**Year-two Annual Narrative Report period:**

**9/1/2018 - 8/31/2019**

**ID # 7506**                    **Date:  8/15/19**

Second year funds were used to support participation in the Health Policy Research Scholars Program by Bobby Shed.

The participant received $30,000 in stipend funds in Year Two payments.

**Additional details:**

1) Describe in detail how funds were distributed to scholar. Indicate frequency, type of payment (i.e. weekly stipend payment, reimbursement for purchase, lump sum etc...) and method (direct deposit, paper check etc.).

> The funds were distributed in two separate scholarship payments during fall 2018—$22,500 and $7,500.

2) Describe any changes to the budget that occurred during the second year and how those were recorded and managed.

> There were no changes to the budget during the second year.

3) If any funds remain, describe the process by which the institution will ensure they are distributed to scholar in subsequent years. What are your policies and procedures for grant rollover funds?

> All of the funds were distributed in two lump sums and there are no remaining funds to rollover.  USF's policy for grant rollover funds is to adhere to the agreement signed by the sponsor and USF's Director of Sponsored Research. The University only roll over funds if the sponsor authorizes it.

The participant is enrolled and in good standing.

SPONSORED RESEARCH  •  USF RESEARCH & INNOVATION
University of South Florida  •  3702 Spectrum Blvd., Suite 165  •  Tampa, FL  33612-9445
(813) 974-2897  •  Fax (813) 974-4962  •  www.research.usf.edu

**Statement:**

I verify that funds were not used to support clinical trials of unapproved drugs or devices, to construct or renovate facilities, for lobbying, for political activities, as a substitute for funds currently being used to support similar activities, or for any other uses not permitted under the Letter of Agreement.

*Keith Anderson*

Keith Anderson, MS, CRA
Director, Sponsored Research
Sponsoring Institution Authorized Official

Email electronic versions of reports and award-funded products to RWJF using the email address grantreports@rwjf.org. When submitting narrative and financial reports, you must include the award ID in the subject line of the email followed by the word Report.

Exhibit 04-A

3/6/22, 8:53 PM                               University of South Florida Mail - Re: Teaching Assignment for Next Year?

                                          **Bobby Shed <bobbyshed@mail.usf.edu>**

## Re: Teaching Assignment for Next Year?
1 message

**Sutton, Ninon** <nsutton@usf.edu>                                      Tue, Aug 13, 2019 at 2:58 PM
To: "Shed, Bobby" <bobbyshed@mail.usf.edu>

Hi Bobby,

You do not have a teaching assignment this semester.  You will be working as an RA for Dr. Rutherford.

Best,

Ninon

**From:** Bobby Shed <bobbyshed@mail.usf.edu>
**Date:** Tuesday, August 13, 2019 at 1:25 PM
**To:** "Sutton, Ninon" <nsutton@usf.edu>
**Cc:** "Shed, Bobby" <bobbyshed@mail.usf.edu>
**Subject:** Re: Teaching Assignment for Next Year?

13-August-2019

Hello Dr. Sutton,

I can meet at 11AM on Thursday if you'd like.  Alternatively, you can just email me the information.  I wanted to know with whom I would be working, is there any training that I must undergo (like CANVAS and/or privacy policies if I am working with students grades), what is expected for me to complete in such a short amount of time, how will I be evaluated, etc.

Many Thanks,

Bobby Shed

E-mail: BobbyShed@mail.usf.edu

Mobile Phone: 386-235-0133

On Mon, Aug 12, 2019 at 7:33 PM Sutton, Ninon <nsutton@usf.edu> wrote:

Case 8:22-cv-01327-KKM-TGW   Document 1-1   Filed 03/07/22   Page 24 of 128 PageID 44

3/6/22, 8:53 PM                                University of South Florida Mail - Re: Teaching Assignment for Next Year?

Hi Bobby,

Would you be available on Thursday around 10:00 or 11:00 a.m.?

Ninon

**From:** Bobby Shed <bobbyshed@mail.usf.edu>
**Date:** Monday, August 12, 2019 at 2:25 PM
**To:** "Sutton, Ninon" <nsutton@usf.edu>
**Cc:** "Shed, Bobby" <bobbyshed@mail.usf.edu>
**Subject:** Teaching Assignment for Next Year?

12-August-2019

Hello Dr. Sutton,

I hope this message finds you well.

I just visited Dr. Qi's office to inquire about my teaching assignment for next year.  He encouraged me to make an appointment to speak with you.  I just want to know what I will be doing and what would be expected of me?

Many Thanks,

Bobby Shed

E-mail: BobbyShed@mail.usf.edu

Mobile Phone: 386-235-0133

Exhibit 04-B



**Bobby Shed <bobbyshed@mail.usf.edu>**

## TA Assignment for Fall 2019
1 message

**Qi, Jianping** <JQI@usf.edu>                                          Wed, Aug 21, 2019 at 4:33 PM
To: "Shed, Bobby" <bobbyshed@mail.usf.edu>
Cc: "Adams, Amy" <adamsa1@usf.edu>, "Sutton, Ninon" <nsutton@usf.edu>, "Besley, Scott" <SBESLEY@usf.edu>

Hi Bobby

I am not sure if you have heard from Dr. Sutton. We are assigning your GA responsibility in Fall 2019 to be a TA for Dr. Scott Besley. Dr. Besley teaches high-cap sessions of FIN 3403 Principles of Finance and FIN 4504 Principles of Investments. He will work with you on the specifics of your responsibilities in his courses. Being a TA is also good for you by giving you exposure to the teaching/grading process on finance courses. Please plan to meet with Dr. Besley as soon as possible since classes begin next week.

If you have any questions, let me know.

Thanks,

Jianping

Exhibit 05

Transcribed Electronically by Otter.AI
True Audio linked here https://www.dropbox.com/sh/hbdd5tcp7d95c5h/AAA4K_jawuBglwR07CoyZXfya?dl=0

# Audio_Dr Besley States He Will Give Projects that Will Take ...

📅 Wed, 3/2 10:24AM   🕐 2:39

**SUMMARY KEYWORDS**

stocks, social skills, assignment, finance majors, upper level, administer, students, semester, risk, interactive, timely fashion, complements, anytime, computations, years, many cases, technically, easier, assigned, exams

👤 **00:00**
spreadsheet show you exactly what I'm doing,

👤 **00:03**
I'm gonna do my best to do a good job when you take off some of the heat, some of the pressure of having

👤 **00:11**
a really need to in an upper level 4000 Level course that really neat Mexico required course for finance majors, they're ready to do projects that may students with 90 students, if I had to do it all, I just couldn't get it take me a few weeks to two weeks with the other classes to get those done in a timely fashion for them. So they can see, especially the second assignment is related to first assignment. So what you're going to do is pick three stocks. And again, basically, it's stocks that if you had a need just a three stock portfolio, that would be complements for risk. So you don't want to pick three stocks that are all the same industry, because that's not complimentary, diversify. And then the second assignment, they're actually going to have to go through and measure the risk of those stocks and the returns. And that's where the numbers will have to click them and actually do the computations and do some explanations about

👤 **01:19**
them. 30 some bonds, because pretty straightforward. When I take the TA session next semester, do you expect that I'll be doing more interactive? I don't know that took too

👤 **01:31**
long. She get that point. Or but if he assigned you to me again, yeah, for one two, that I'd like

you to, just to get because you need what they need, you should walk **that** experience. And students are students mindsets nowadays are quite different than they **were** years ago and they're evolving into this things are eating differently. So being able to **deal** with their social skills or lack of social skills, in many cases, and stuff like that. Okay, so **you** want to do it, you want to take that to whatever they call anyways because you just so th**at if** you need to go in the classroom anytime, for example, I can't. I think technically I can't ev**en let** you go in and administer exams, which I understand. To me, that doesn't make any s**ense**.

02:29

It was nice meeting you and like I said, I'm going to do my best to make **it** easier on concerns. Thank you, sir.

Exhibit 06

Case 8:22-cv-01327-KKM-TGW   Document 1-1   Filed 03/07/22   Page 31 of 128 PageID 51



Bobby Shed <bobbyshed@mail.usf.edu>

## Joseph Butts (ORG00980 : USF Graduate School) just sent you a message in Canvas.

**Joseph Butts** <notifications@instructure.com>                                              Thu, Nov 7, 2019 at 10:42 AM
Reply-To: Joseph Butts via Canvas Notifications <reply+3e90e7153e5222265b24a99e2591decc929bba0e-13~764109565-
1573141359@notifications.canvaslms.com>
To: bobbyshed@mail.usf.edu

**Spring TA Event Information**

Here are a few announcements for spring TA events:

• TA Training Information:

This is a reminder from the Academy for Teaching and Learning Excellence (ATLE)
that the training session for all new Teaching Assistants for Spring 2020 will be held on
Friday, January 10, from 8:30 a.m.- 4:00 p.m. You must register for the TA Training
course, IDS 5921, through OASIS. The course number is IDS 5921 **and the** CRN is
19818. Information about the training location will be posted in Canvas and emailed to
registered TAs the week before the event. TAs must also complete online modules in
Canvas prior to attending the face-to-face session.

Once the TA has registered for the course, they will need to log in to **Canvas** and click
on the course IDS 5921 to complete the online modules. The online **course** will
become available starting December 1.

The Office of Graduate Studies requires the completion of TA Training **for** all new
Teaching Assistants before they can teach. All Graders, Teaching Assistants, and
Instructors of Record have the same training requirements. Those who have taught at
USF before are exempted from the requirement (as well as those who have taken the
Preparing for College Teaching (PCT) course. Please visit ATLE's TA Training page for
more information: http://www.usf.edu/atle/events/ta-training.aspx
For questions regarding eligibility and requirements, contact the Office of Graduate
Studies at 813-974-2846.

• TA Award Information:

Applications for the TA Teaching Award are due in early February. In this workshop,
learn how to use Google Sites to house your e-Portfolio and gain insights into how to
craft your application materials for maximum effect.

Monday, December 9, 2019
10:00 a.m. – 11:00 a.m.
LIB 657

Tuesday, January 14th, 2020

10:00 a.m. – 11:00 a.m.
LIB 657

Please contact ATLE at atle@usf.edu with questions. Information about the TA Awards
can be found here: https://www.usf.edu/atle/faculty/ta-award.aspx



**Joseph Butts**

You can reply to this message in Canvas by replying directly to this email. If you need
to include an attachment, please log in to Canvas and reply through the Inbox.



View this message in Conversations  |  Update your notification settings

Exhibit 07

## RE: Teaching Assignment for Next Year?

**Bobby Shed** <bobbyshed@mail.usf.edu>                    Wed, Aug 21, 2019 at 7:45 PM
To: "Sutton, Ninon" <nsutton@usf.edu>, sbesley@usf.edu
Cc: BobbyShed@mail.usf.edu, "Qi, Jianping" <JQI@usf.edu>

21-Aug-2019

Greetings All:

I hope this message finds you well!

Dr. Sutton, I will be happy to work wherever you all assign me.  If I am going to be a TA instead of an RA, then my questions from my previous email to you remain:

(1)  Is there any university-level training that I must undergo (like CANVAS, SDS, and/or privacy policies if I am working with students and/or their grades);

(2)  What is expected for me to complete in such a short amount of time, or more importantly have these and other appropriate restraints been communicated from administration (either you or Dr. Qi) to the professor to whom I am assigned; and

(3)  How are students usually evaluated (like is there a form that administration provides....etc.)?

Hopefully you and Dr. Qi (copied) have already explained to the professor how the overwhelming majority of my funding comes from outside the university so my expected time commitment to TA is drastically reduced relative to that of other students.  If the professor has an urgent need for help due to an recent influx of students (as your email suggests), then he might be better served by a graduate assistant who has TA'd for him in the past and/or TA'd for his courses in the past.

Dr. Beasly, will you please send me a written list of your TA expectations for the semester and any training you'd like for me to undergo for your course(s).  After I receive that list, we can schedule time to meet in person if you'd like.

Thank you very kindly for your attention to this matter.

Very Respectfully Submitted,

**Bobby Shed**

E-mail: BobbyShed@mail.usf.edu

Mobile Phone: 386-235-0133

**From:** Sutton, Ninon <nsutton@usf.edu>
**Sent:** Wednesday, August 21, 2019 2:28 PM
**To:** Shed, Bobby <bobbyshed@mail.usf.edu>
**Subject:** Re: Teaching Assignment for Next Year?

*Hi Bobby,*

The need for a TA has arisen in Dr. Besley's Principles of Investments and Principle of **Fi**nance courses, both of which have grown to about 90 students in each class.  He needs some help, so could you please **act** as a TA for him?

Thanks,

Ninon

Ninon Sutton, Ph.D.

Professor of Finance

Muma College of Business

University of South Florida

nsutton@usf.edu

**From:** Bobby Shed <bobbyshed@mail.usf.edu>
**Date:** Monday, August 12, 2019 at 2:25 PM
**To:** "Sutton, Ninon" <nsutton@usf.edu>
**Cc:** "Shed, Bobby" <bobbyshed@mail.usf.edu>
**Subject:** Teaching Assignment for Next Year?

12-August-2019

Hello Dr. Sutton,

I hope this message finds you well.

I just visited Dr. Qi's office to inquire about my teaching assignment for next year.  He encouraged me to make an appointment to speak with you.  I just want to know what I will be doing and what would be expected of me?

Many Thanks,

Bobby Shed

E-mail: BobbyShed@mail.usf.edu

Mobile Phone: 386-235-0133

Exhibit 08

Transcribed Electronically by Otter.AI
True Audio linked here https://www.dropbox.com/sh/hbdd5tcp7d95c5h/AAA4K_jawuBglwR07CoyZXfya?dl=0

# Audio_Dr Besley Says TA is Just A Term to Give Access to CAN...

📅 Wed, 3/2 10:24AM  🕐 1:32

**SUMMARY KEYWORDS**

ta, graduate assistant, canvas, term, put, teenager, option, research, hour, grades, resource, professional, technically, appointment, university, access, appointed, trip, download, assigned

 00:00

Now one of the things you're gonna have to do also, I can download these as well, my I'll put you in as a TA, even though technically, you're not a TA, only because we can't, we can't call you that because you haven't taken the TA three hour, three hour half a day trip, it really doesn't matter what the name of this term is just that I can on Canvas, I can put you in so that you can download the grades and you can do the grading public. Actually, what I'll do to keep things simple, I think is maybe just puts you in in the investments class, because it's true. No as a teenager, well, let me see what my options are real quick. I don't know specifically what the option to TA is just a term, it doesn't really mean anything in terms of just being assigned that title in Canvas is just to give you access. You'll be appointed as a

01:03

graduate assistant,

01:04

that's your appointment, because you're not doing research. So you're technically not a research assistant and can't be a TA without going through the TA training

01:14

and I'm not doing research. I'm not doing social review or your for the hours that God University. Yeah, no, no, no, you're the

01:24

resource professional but you're not being paid to do this. Right. Does that make sense?

01:30
Yes. So

Exhibit 09

Transcribed Electronically by Otter.AI
True Audio linked here https://www.dropbox.com/sh/hbdd5tcp7d95c5h/AAA4K_jawuBglwR07CoyZXfya?dl=0

# Audio_At Least Nobody Rapes Your Women

🗓 Wed, 3/2 10:24AM  🕐 8:52

**SUMMARY KEYWORDS**

citations, causal relationship, muslim, population, probability, discrimination, crazy, causality, experiment, purely, wife, unfinished, african americans, model, rules, chi square test, desperate, talk, categorical data, stereotype

**00:00**

sentences means every point is unfinished. Right? Well, remind me what? Yes. What is the reminder? So you had citations given to citation was it?

**00:23**

I just looked at two things. One, I just looked at what was in fiction. So percent of citations given to black people, and percent saturation, our percent of the population and the model. The second thing I did

**00:48**

was about you, you found a simple,

**00:51**

you didn't you didn't find

**00:53**

any causal relationship. That's what it is. Okay. So you, you really, in that model, I don't remember exactly what it was. So you had a population of African Americans to be 15%, something like that.

**01:17**

Our citations already vary in the population

01:20

in the population versus 10%. of all students on campus, right. Okay. And then number of citations on campus to African Americans was 30%.

01:34

Very three from from.

01:37

Okay, so this can be because of a bias from the police officers, right. Also, this can be because of a bias from the African American community. Angry, and so you're able to separate those. And the so that's pretty much a defense of racist to say that you're not able to, and I truly believe that there is racism in this country in our grammar. If you say, Don't you believe that? I think I think even the, the, the, the most racist people, they know there is racism. They just don't want to admit that. Right? Like, like global warming weren't. Okay. So they will do whatever is possible, but that's what they are munitionist Because you are not able to separate those two effects.

02:31

Okay, so I, I agree with that. So what Markov model look like, and I don't think I make the claim or causal claim, I think I've said this desperate, need an experiment disparate impact, right, I said this disproportionate amount of tickets in America. The second thing I did was a passport as of independence. I'm almost sure that is a categorical.

02:57

Look, look, I'm Muslim. Right. So so they do lots of crazy things against us, right. But we have also crazy people on homelessness. So yeah, we know this one, one or 2% of monsters that really, completely messed up, they will kill they will. So they behavior actually vote evil to say that there is discrimination against Muslims. Because I understand people are concerned about us,

03:31

I would expect better revelation. So I respect your opinion. But I think if we look at the data, and we actually have to add on this, we know that white man can make more mass murders in this country than black men and Muslim people. But

03:49

that's a different story about why the check Muslims on the airports right, every time so I didn't you wouldn't say that Muslim because the loop must never fade. But say if I'm with my wife

you wouldn't say that Muslim because the loop must never fade. But say if I'm with my wife, and with my daughter, and my mom, they were he Joe. So immediately, then things change. But, again, this is because there are some crazy of us who blew up things. And for me to say that they just purely Islamophobic no did. So there are reasons because they expect danger from us. So yes, and so you know, evils. You know, you're not able to purely say okay, this guy is a bad guy. I myself can be. You see, as I see this crazy guy. If you see a crazy African American guy, you will be first to shoot him right? I'll be the first to shoot a crazy terrorist. Really, because he will not only HE WILL he'll kill you but also he will kill me and my family.

04:58
So the second thing idea was Casper tested independent categorical data.

05:06
This does not establish causal relationship at all you can see is just Yes, this disproportion But what causes that? You can sneak up lambda, unfortunately, with the lab that that machinery should be able to say that.

05:23
So what were the so the mach two model that he said our need, and it's bearing our need, like what kind of experiment? Well, I'm thinking

05:34
this must be a very clean experiment. Say, if you have, say, a white and a black, two guys drive in exactly the same way the white guy is you can say that he is dressed properly, right? And the black guy is dressed like also hair, you understand what they mean? Right? So sending signals that he is troublemaker, then if they drive exactly the same way, after that, you control for that. And then the black guy gets stopped more gets more citations. That's caused by profiling and stereotype. Still, maybe not speciesism, but definitely profiling the stereotype. So then the same was my wife, she has her job, and then we were treated differently. It's nothing really compares

06:40
our care, there was my Well

06:43
look, my my my people lost so many people. This is just discrimination we we lost 50% of our population to Communist Russia. So this is just discrimination stuff. Think about slavery, they were raping your women, then nothing then now they just give you some patients who cares.

It's It's nothing. Police, nobody's raping anyone anymore. Marshall is substantially better. But you look, there are rules. And you're playing according to those rules, right? So you want to succeed in life. So those rules, yes. certain traditions are different. Totally agree with that. But at least there are rules.

07:42

So back to economics. Can we talk about desperate impact without talking about causality? You can talk about disproportionality without talking about call about correlation versus causality.

07:54

Yeah, but this is just a chi square test really doesn't see much. It just a built into the preliminary analysis. It just says things about random. But yeah, vaquita. There are also things which are not random. Say you guys are in basketball. So these are most random things. And we turns out that wrestling and weightlifting so yes. So this, so there is nothing new about things being no random.

08:28

Well, thank you, oh, p p value. That's probability. I was reading this weekend. And so that's the probability of a type one error. Now, when I'm looking at key value. areas, the probability of a type one error, yes.

08:49

Okay. You're welcome.

Exhibit 10



**Bobby Shed <bobbyshed@mail.usf.edu>**

## RE: SDS Final Exam Confirmation for ECO 6425 (Monday, 09-December-2019?)
1 message

**Munkin, Murat** <mmunkin@usf.edu>                                          Mon, Dec 2, 2019 at 10:56 AM
To: "Shed, Bobby" <bobbyshed@mail.usf.edu>, SA SDS Exams <SA-SDS-Exams@usf.edu>
Cc: "McCarthy, Deborah" <DMcCarthy@usf.edu>, "Shed, Bobby" <bobbyshed@mail.usf.edu>, "Kamp, Brad"
<bkamp@usf.edu>, "Sutton, Ninon" <nsutton@usf.edu>, "Qi, Jianping" <JQI@usf.edu>

Dear Bobby,

I confirmed the time for the exam based on what SDS sent me. Indeed our exam starts at 10 am on December 9 and it
would be fair for you to start it at 10 am but please, coordinate it with SDS.

Regarding the content of the final exam you will receive exactly the same exam as the rest of the class if you take it no
later than 12pm on December 9, 2019. If for some reason you miss the final exam I give you one attempt for a make-up
exam which must be taken before the end of December 13, however, your make-up final exam will be comprehensive. I
wish you best performance.

Murat Munkin

**From:** Bobby Shed <bobbyshed@mail.usf.edu>
**Sent:** Monday, November 18, 2019 1:51 PM
**To:** SA SDS Exams <SA-SDS-Exams@usf.edu>
**Cc:** McCarthy, Deborah <DMcCarthy@usf.edu>; Munkin, Murat <mmunkin@usf.edu>; Shed, Bobby
<bobbyshed@mail.usf.edu>
**Subject:** SDS Final Exam Confirmation for ECO 6425 (Monday, 09-December-2019?)

18-Nov-2019

Greetings All:

18-Nov-2019

Please find the attached final exam appointment time for SDS and the syllabus for ECO 6425.  The syllabus states the
final exam for the class is scheduled for 09-December-2019 at 10:00AM.  SDS has scheduled my final exam appointment
for ECO 6425 on 09-December-2019 at 8:00AM according to the attached document from SDS web portal.

I would like to confirm that that SDS has indeed schedule my exam 2 hours earlier than that of the class?

And I would also like to confirm that this earlier start time will afford me the opportunity to take the same final exam that
will administered to the class of ECO 6425 for Fall 2019?

Exhibit 11

ECONOMETRICS II (ECO 6425) Syllabus
Department of Economics, University of South Florida
Spring 2009

INSTRUCTOR:

Associate Professor Murat K. Munkin
Email: mmunkin@coba.usf.edu
Time: Thursdays 6:20-9:05 p.m. BSN 112
Office Hours: W 1:45-2:45 p.m. BSN 3426 & by appointment
Help Sessions: session times will be announced

Course Description:

   This is the second course in the core sequence in quantitative methods for the PhD in economics. Building upon the material in Econometrics I, this course introduces the econometric analysis of linear conditional models, focusing on the use of least squares and related methods for estimating conditional expectations, and on linear instrumental variables methods for estimating linear causal relationships.
   The course is primarily theoretical but covers numerous applications and illustrations. The emphasis is on broad coverage and general results. The goal is to provide a strong enough technical background for reading and understanding the applied econometrics articles that are published in the core economics journals.
   We will be using tools of matrix algebra and will start the course with a review of matrix algebra. I will provide written lecture notes for all lectures.

Textbook

Greene, W. H., Econometric Analysis, Prentice Hall.

You may find it useful to consult other textbooks as you learn this material. In addition to the textbooks suggested for Econometrics I, the following graduate econometrics and statistics texts may be useful:

Robert V. Hogg, Joseph W. McKean, Allen T. Craig, Introduction to Mathematical Statistics, 6th edition, Prentice Hall, 2005.
A. Colin Cameron and Pravin K. Trivedi, MICROECONOMETRICS: Methods and Applications, Cambridge University Press, New York, May 2005

Computer Software: We will be using computers to solve data analysis problems. The homework assignments will be a mix of pen-and-paper problems and computational and data analysis problems. For the latter, we will use SAS/IML. SAS is installed on the computers in the graduate econometrics lab.

COURSE GRADING:

Midterm:  35%                    (Tentatively) scheduled on Monday, March 12

Assignments: 20%            Due dates of the assignments will be announced

Final Exam: 45%              Thursday, April 30, 5:30-7:30 p.m. Comprehensive.

Each assignment will be graded. No credit is given for late assignments. Academic honesty is required. Exams are closed book. Note that the final is comprehensive.

Outline: (may be revised as semester progresses)

0. Matrix Algebra Review

1. Asymptotic Theory

2. Linear OLS and IV

3. M-Estimators: Consistency and Asymptotic Normality

4. Iterative Methods for Computation

5. Nonlinear Least Squares

6. Maximum Likelihood, Hypothesis Tests

7. Nonlinear Two-Stage Least Squares

8. Identification and Estimation of Simultaneous Equation Models

9. Generalized Method of Moments

10. Logit and Probit Models

11. Models for Panel Data

# ECONOMETRICS II (ECO 6425 Sec 001) Syllabus
## Department of Economics, University of South Florida
## Fall 2012

**Instructor**

Associate Professor Murat K. Munkin
Email: mmunkin@usf.edu
Meetings: 4:35pm-5:50pm MW BSN 2201
Office Hours: Wednesdays 12:00-1:00 PM CMC 207B

**Course Description**

This is the second course in the core sequence in quantitative methods for the PhD in economics. Building upon the material in Econometrics I, this course introduces the econometric analysis of linear conditional models, focusing on the use of least squares and related methods for estimating conditional expectations, and on linear instrumental variables methods for estimating linear causal relationships.

The course is primarily theoretical but covers numerous applications and illustrations. The emphasis is on broad coverage and general results. The goal is to provide a strong enough technical background for reading and understanding the applied econometrics articles that are published in the core economics journals.

We will be using tools of matrix algebra and will start the course with a review of matrix algebra. I will provide written lecture notes for all lectures.

**Textbook**

Greene, W. H., Econometric Analysis, Prentice Hall.

You may find it useful to consult other textbooks as you learn this material. In addition to the textbooks suggested for Econometrics I, the following graduate econometrics and statistics texts may be useful:

Robert V. Hogg, Joseph W. McKean, Allen T. Craig, Introduction to Mathematical Statistics, 6th edition, Prentice Hall, 2005.
A. Colin Cameron and Pravin K. Trivedi, *MICROECONOMETRICS: Methods and Applications*, Cambridge University Press, New York, May 2005

Computer Software: We will be using computers to solve data analysis problems. The homework assignments will be a mix of pen-and-paper problems and computational and data analysis problems. For the latter, we will use Stata and SAS/IML.

**Course Requirements and Grading**

Midterm:  40%            Wednesday, October 17

Assignments: 20%         Due dates of the assignments will be announced

Final Exam: 40%          Wednesday, Wednesday, December 5, 4:35pm-5:50pm

**Important**:

The final exam is scheduled on December 5 which is the last day of our classes. Please, keep in mind that it is actually before the USF week of final exams.

**Homework Assignments**

Each assignment will be graded. No credit is given for late assignments. Academic honesty is required. Exams are closed book. Note that the final is comprehensive.

**Course outline** (may be revised as semester progresses)

0. Matrix Algebra Review

1. Asymptotic Theory

2. Linear OLS and IV

3. M-Estimators: Consistency and Asymptotic Normality

4. Iterative Methods for Computation

5. Nonlinear Least Squares

6. Maximum Likelihood, Hypothesis Tests

7. Nonlinear Two-Stage Least Squares

8. Identification and Estimation of Simultaneous Equation Models

9. Generalized Method of Moments

10. Logit and Probit Models

11. Models for Panel Data

# ECONOMETRICS II (ECO 6425 Sec 001) Syllabus
## Department of Economics, University of South Florida
## Fall 2013

**Instructor**

Associate Professor Murat K. Munkin
Email: mmunkin@usf.edu
Meetings: 4:35pm-5:50pm MW CMC 209A
Office Hours: M-F by appointment CMC 207B

**Course Description**

This is the second course in the core sequence in quantitative methods for the PhD in economics. Building upon the material in Econometrics I, this course introduces the econometric analysis of linear conditional models, focusing on the use of least squares and related methods for estimating conditional expectations, and on linear instrumental variables methods for estimating linear causal relationships.

The course is primarily theoretical but covers numerous applications and illustrations. The emphasis is on broad coverage and general results. The goal is to provide a strong enough technical background for reading and understanding the applied econometrics articles that are published in the core economics journals.

We will be using tools of matrix algebra and will start the course with a review of matrix algebra. I will provide written lecture notes for all lectures.

**Textbook**

Greene, W. H., Econometric Analysis, Prentice Hall.

You may find it useful to consult other textbooks as you learn this material. In addition to the textbooks suggested for Econometrics I, the following graduate econometrics and statistics texts may be useful:

Robert V. Hogg, Joseph W. McKean, Allen T. Craig, Introduction to Mathematical Statistics, 7th edition, Prentice Hall, 2013.
A. Colin Cameron and Pravin K. Trivedi, *MICROECONOMETRICS: Methods and Applications,* Cambridge University Press, New York, May 2005

Computer Software: We will be using computers to solve data analysis problems. The homework assignments will be a mix of pen-and-paper problems and computational and data analysis problems. For the latter, we will use Stata and SAS/IML.

## Course Requirements and Grading

Midterm:   40%          Monday, October 14

Assignments: 20%        Due dates of the assignments will be announced

Final Exam: 40%         Wednesday, December 4, 4:35pm-5:50pm

**Important**:

The final exam is scheduled on December 4 which is the last day of our classes. Please, keep in mind that it is actually before the USF week of final exams.

## Homework Assignments

Each assignment will be graded. No credit is given for late assignments. Academic honesty is required. Exams are closed book. Note that the final is comprehensive.

## Course outline (may be revised as semester progresses)

0. Matrix Algebra Review

1. Asymptotic Theory

2. Linear OLS and IV

3. M-Estimators: Consistency and Asymptotic Normality

4. Iterative Methods for Computation

5. Nonlinear Least Squares

6. Maximum Likelihood, Hypothesis Tests

7. Nonlinear Two-Stage Least Squares

8. Identification and Estimation of Simultaneous Equation Models

9. Generalized Method of Moments

10. Logit and Probit Models

11. Models for Panel Data

# ECONOMETRICS II (ECO 6425 Sec 001) Syllabus
## Department of Economics, University of South Florida
## Fall 2014

**Instructor**

Associate Professor Murat K. Munkin
Email: mmunkin@usf.edu
Meetings: 11:00am-12:30pm MW CMC 209A
Office Hours: Tuesdays 12:00-1:00 PM & by appointments CMC 207B

**Course Description**

This is the second course in the core sequence in quantitative methods for the PhD in economics. Building upon the material in Econometrics I, this course introduces the econometric analysis of linear conditional models, focusing on the use of least squares and related methods for estimating conditional expectations, and on linear instrumental variables methods for estimating linear causal relationships.

The course is primarily theoretical but covers numerous applications and illustrations. The emphasis is on broad coverage and general results. The goal is to provide a strong enough technical background for reading and understanding the applied econometrics articles that are published in the core economics journals.

We will be using tools of matrix algebra and will start the course with a review of matrix algebra. I will provide written lecture notes for all lectures.

**Textbook**

Greene, W. H., Econometric Analysis, Prentice Hall.

You may find it useful to consult other textbooks as you learn this material. In addition to the textbooks suggested for Econometrics I, the following graduate econometrics and statistics texts may be useful:

Robert V. Hogg, Joseph W. McKean, Allen T. Craig, Introduction to Mathematical Statistics, 7th edition, Prentice Hall, 2013.
A. Colin Cameron and Pravin K. Trivedi, *MICROECONOMETRICS: Methods and Applications,* Cambridge University Press, New York, May 2005

Computer Software: We will be using computers to solve data analysis problems. The homework assignments will be a mix of pen-and-paper problems and computational and data analysis problems. For the latter, we will use Stata, SAS/IML and Matlab.

**Course Requirements and Grading**

Midterm:  40%                     Monday, October 13

Assignments: 20%                 Due dates of the assignments will be announced

Final Exam: 40%

**Homework Assignments**

Each assignment will be graded. No credit is given for late assignments. Academic honesty is required. Exams are closed book. Note that the final is comprehensive.

**Course outline** (may be revised as semester progresses)

0. Matrix Algebra Review

1. Asymptotic Theory

2. Linear OLS and IV

3. M-Estimators: Consistency and Asymptotic Normality

4. Iterative Methods for Computation

5. Nonlinear Least Squares

6. Maximum Likelihood, Hypothesis Tests

7. Nonlinear Two-Stage Least Squares

8. Identification and Estimation of Simultaneous Equation Models

9. Generalized Method of Moments

10. Logit and Probit Models

11. Models for Panel Data

## ECONOMETRICS II (ECO 6425.001F15) Syllabus
## Department of Economics, University of South Florida
## Fall 2015

**Instructor**

Associate Professor Murat K. Munkin
Email: mmunkin@usf.edu
Meetings: 11:00am-12:30pm MW CMC 209A
Office Hours: Tuesdays $ Thursdays by appointments CMC 207B

**Course Description**

     This is the second course in econometrics for PhD students in **eco**nomics.
Building upon the material taught in Mathematical Economics II, which deals with
relevant methods of probability theory and statistics, and Econometrics I, this course
introduces the econometric analysis of linear conditional models using matrix algebra,
focusing on the use of least squares and related methods for estimating conditional
expectations, and on linear instrumental variables methods for estimating linear causal
relationships.
     The course is primarily theoretical but covers numerous applications and
illustrations. The emphasis is on broad coverage and general results. **The goal is** to
provide a strong enough technical background for reading and under**stand**ing applied
econometrics articles published in core economics journals.
     I will provide written notes for all lectures and solution for m**ost of the** problems.

**Textbook**

Greene, W. H., Econometric Analysis, Prentice Hall.

You may find it useful to consult other textbooks as you learn this material. In addition to
the textbooks suggested for Econometrics I, the following graduate econometrics and
statistics texts may be useful:

George Casella and Roger L. Berger, *Statistical Inference* (2001, 2nd Edition), Duxbury
Press
Robert V. Hogg, Joseph W. McKean, Allen T. Craig, *Introduction to Mathematical
Statistics*, 7th edition, Prentice Hall, 2013.

Computer Software: We will be using computers to solve data analy**sis** problems. The
homework assignments will be a mix of pen-and-paper problems and co**mput**ational and
data analysis problems. For the latter, we will use Stata, SAS/IML a**nd** Matlab.

**Course Requirements and Grading**

| | |
|---|---|
| Midterm:   40% | Monday, October 12 |
| Assignments: 20% | Due dates of the assignments will be announced |
| Final Exam: 40% | Monday, December 7, 10:00 am – 12:00 pm |

**Homework Assignments**

Each assignment will be graded. No credit is given for late assignments. Academic honesty is required. Exams are closed book. Note that the final is comprehensive.

**Course outline** (may be revised as semester progresses)

1. Simple Linear Regression

2. Linear OLS, GLS and IV

3. Identification and Estimation of Simultaneous Equation Models

4. Generalized Method of Moments

5. M-Estimators: Consistency and Asymptotic Normality

6. Iterative Methods for Computation

7. Maximum Likelihood, Hypothesis Tests

8. Nonlinear Least Squares

9. Models for Panel Data

### ECONOMETRICS II (ECO 6425.001F18) Syllabus
### Department of Economics, University of South Florida
### Fall 2018

**Instructor**

Associate Professor Murat K. Munkin
Email: mmunkin@usf.edu
Meetings: 11:00am-12:15pm MW CMC 209A
Office Hours: Mondays and Wednesdays 12:30pm-1:30pm, Tuesdays and Thursdays by appointments CMC 207M

**Course Description**

This is the second course in econometrics for PhD students in economics. Building upon the material taught in Mathematical Economics II, which deals with relevant methods of probability theory and statistics, and Econometrics I, this course introduces the econometric analysis of linear conditional models using matrix algebra, focusing on the use of least squares and related methods for estimating conditional expectations, and on linear instrumental variables methods for estimating linear causal relationships.

The course is primarily theoretical but covers numerous applications and illustrations. The emphasis is on broad coverage and general results. The goal is to provide a strong enough technical background for reading and understanding applied econometrics articles published in core economics journals.

I will provide written notes for all lectures and solution for most of the problems.

**Textbook**

Greene, W. H., Econometric Analysis, Prentice Hall.

You may find it useful to consult other textbooks as you learn this material. In addition to the textbooks suggested for Econometrics I, the following graduate econometrics and statistics texts may be useful:

George Casella and Roger L. Berger, *Statistical Inference* (2001, 2nd Edition), Duxbury Press
Robert V. Hogg, Joseph W. McKean, Allen T. Craig, *Introduction to Mathematical Statistics*, 7th edition, Prentice Hall, 2013.

Computer Software: We will be using computers to solve data analysis problems. The homework assignments will be a mix of pen-and-paper problems and computational and data analysis problems. For the latter, we will use Stata, SAS/IML and Matlab. Check software.usf.edu to download these packages.

**Course Requirements and Grading**

Midterm:   40%          Monday, October 15

Assignments: 20%        Due dates of the assignments will be announced

Final Exam: 40%         Monday, December 3, 10:00 am – 12:00 pm

**Homework Assignments**

Each assignment will be graded. No credit is given for late assignments. Academic honesty is required. Exams are closed book. Note that the final is comprehensive.

**Course outline** (may be revised as semester progresses)

1. Simple Linear Regression

2. Linear OLS, GLS and IV

3. Identification and Estimation of Simultaneous Equation Models

4. Generalized Method of Moments

5. M-Estimators: Consistency and Asymptotic Normality

6. Iterative Methods for Computation

7. Maximum Likelihood, Hypothesis Tests

8. Nonlinear Least Squares

9. Models for Panel Data

## ECONOMETRICS II (ECO 6425.001F19) Syllabus
## Department of Economics, University of South Florida
## Fall 2019

### Instructor

Associate Professor Murat K. Munkin
Email: mmunkin@usf.edu
Meetings: 11:00am-12:15pm MW CMC 209A
Office Hours: Thursdays 2:00pm – 4:00pm and by appointments CMC 208M

### Course Description

This is the second course in econometrics for PhD students in economics. Building upon
the material taught in Mathematical Economics II, which deals with relevant methods of
probability theory and statistics, and Econometrics I, this course introduces the
econometric analysis of linear conditional models using matrix algebra, focusing on the
use of least squares and related methods for estimating conditional expectations, and on
linear instrumental variables methods for estimating linear causal relationships.

The course is primarily theoretical but covers numerous applications and illustrations.
The emphasis is on broad coverage and general results. The goal is to provide a strong
enough technical background for reading and understanding applied econometrics articles
published in core economics journals.

I will provide written notes for all lectures and solution for some problems.

### Textbook

**Required Textbook:** Greene, W. H., *Econometric Analysis*, Prentice Hall.

You may find it useful to consult other textbooks as you learn this material. In addition to
the textbooks suggested for Econometrics I, the following statistics texts may be useful.

**Recommended:**
DeGroot, M. H. and M. J. Schervish, *Probability and Statistics*, Pearson, (4th edition,
2011).
George Casella and Roger L. Berger, *Statistical Inference*, Duxbury Press, (2nd Edition,
2001).
Robert V. Hogg, Joseph W. McKean, Allen T. Craig, *Introduction to Mathematical
Statistics*, Prentice Hall, (7th edition, 2013).

### Course Requirements and Grading

**Attendance** at lectures is required. You will receive credits for attending the class, **10%**
of your final grade. I allow students to miss **3** classes without a documented reason and

still receive full credit for attendance. However, if you miss more than **3** classes I will need documented reasons for all classes missed to receive full credit. If you miss **4** classes or more without a documented reason you will receive **0** points for attendance. If you are late to class for more than 15 minutes this will mean absence.

Students with disabilities might have health conditions, which prevent them from attending the class and visiting a doctor. You must arrange communication between me and Students with Disabilities Services (SDS), so that they notify me **that** you will be missing a class and have a legitimate health reason for that.

There will be two types of homework assignments: analytical and computational/data analysis. The analytical assignments will be tested with quizzes given in class at the due dates. Homework quizzes will consist of just one problem out of all homework problems assigned. The quizzes will be graded satisfactory (2%) or unsatisfactory **(0%)**. Satisfactory means a serious attempt to answer the questions. Your total score for the analytical assignments will be based on best five scores.

We will be using statistical software to solve data analysis problems. **You** must submit your typed solutions and programming code by email. For most of the problems, I will be providing you with programs written in SAS/IML. For some problems you will have to write your own code in either SAS/IML or Matlab or R. It is your choice, which package you choose. I know that some students in the class will prefer to do it **in R**. However, I will be able to help you with Matlab only. Check software.usf.edu to **download** Matlab and SAS.

There is a midterm exam and a final. All exams are closed book and **strictly** individual efforts. Academic honesty is required. Any violation of this rule will **result** in an **F** for the course. No make-up exams will be given. If you have a **very good reason** (according to me) for not being able to take an exam I will impute a score at the end of the semester based on your overall performance. If you miss an exam, you must email me about it as soon as possible.

## Course Requirements and Grading

| | | |
|---|---|---|
| Attendance | 10% | |
| Homework Quizzes | 10% | |
| Homework Assignments | 10% | |
| Midterm: | 35% | Monday, October 14 |
| Final Exam: | 35% | Monday, December 9, 10:00 am – 12:00 pm |

## Grading Scale (%)

| 94-100 | A | 74-76.9 | C |
|---|---|---|---|
| 90-93.9 | A- | 70-73.9 | C- |
| 87-89.9 | B+ | 67-69.9 | D+ |

| 84-86.9 | B  | 64-66.9   | D  |
|---------|----|-----------|----|
| 80-83.9 | B- | 60-63.9   | D- |
| 77-79.9 | C+ | 0 – 59.9  | F  |

**Course outline** (tentative)

1. Simple Linear Regression
2. Statistical Inference
3. Simulation-based Estimation
4. Linear OLS, GLS and IV
5. Identification and Estimation of Simultaneous Equation Models
6. Generalized Method of Moments
7. M-Estimators: Consistency and Asymptotic Normality
8. Iterative Methods for Computation
9. Maximum Likelihood, Hypothesis Tests
10. Nonlinear Least Square.

**Course Policies: Student Expectations**

**Academic Integrity:** Academic integrity is the foundation of the University of South Florida System's commitment to the academic honesty and personal integrity of its university community. Academic integrity is grounded in certain fundamental values, which include honesty, respect, and fairness. Broadly defined, academic honesty is the completion of all academic endeavors and claims of scholarly knowledge as representative of one's own efforts. The final decision on an academic integrity violation and related academic sanction at any USF System institution shall affect and be applied to the academic status of the student throughout the USF System, unless otherwise determined by the independently accredited institution

**Disruption to Academic Process:** Disruptive students in the academic setting hinder the educational process. Disruption of the academic process is defined as the act, words, or general conduct of a student in a classroom or other academic environment which in the reasonable estimation of the instructor: (a) directs attention away from the academic matters at hand, such as noisy distractions, persistent, disrespectful or abusive interruption of lecture, exam, academic discussion, or general University operations, or (b) presents a danger to the health, safety, or well-being of self or other persons.

**Disability Access:** Students with disabilities are responsible for registering with Students with Disabilities Services (SDS) in order to receive academic accommodations. SDS encourages students to notify instructors of accommodation needs at least 5 business days prior to needing the accommodation. A letter from SDS must accompany this request.

Exhibit 12

Transcribed Electronically by Otter.AI
True Audio linked here https://www.dropbox.com/sh/hbdd5tcp7d95c5h/AAA4K_jawuBgIwR07CoyZXfya?dl=0

# Audio_Dr Munkin Gives PhD Students Passing Grades

📅 Wed, 3/2 10:24AM   🕐 1:46

**SUMMARY KEYWORDS**

put, syllabus, handbook, student, passing grades, class, grade, told, forced, grading scale, gradebook, gradient, phd, paper

👤  00:01

Okay, so two more people don't the class unless I told you yet so some of you were late. At the beginning of this course, a student came to me and said you have to put the grading scale in the syllabus. And usually I don't do that. Why? Because for PhD level classes, I just give a B in the worst case that you've seen okay. But the student forced me to put that in the syllabus. She she or he brought yourself handbook and the handbook said any yourself class must have a gradient scale in the syllabus. And I told us, you know, look, I try I try my best to give passing grades to the big students. If you force me to follow the grading scale, I will be forced to give F's but if the yourself handbook whatever says you have to have a grading scale, I had to put it in there. It's in there. Okay, so the student is gone, but still, it's there. It's our document. We have to follow it.

👤  01:22

Speaking of that, when are you going to put our paper or other grades in the gradebook? Because we I think I put grades for such assignment number two,

👤  01:34

and I put a grade for quiz number three, so I owe you only grade for quiz number four.

Exhibit 13

Transcribed Electronically by Otter.AI
True Audio linked here https://www.dropbox.com/sh/hbdd5tcp7d95c5h/AAA4K_jawuBglwR07CoyZXfya?dl=0

# Audio_Dr Munkin Admits He Changed Syllabus Because of Me

📅 Wed, 3/2 10:24AM  🕐 0:34

**SUMMARY KEYWORDS**

filter, change, afraid, injustice, maximum, student

**SPEAKERS**

Professor Murate Munkin, Bobby Shed

**Professor Murate Munkin**  00:00

If I hate you, I cannot change anything. No, believe me because I would be afraid of God to do injustice to solve the problems. I'll give you a maximum of what he can do.

**Bobby Shed**  00:22

So why would you change your syllabus so much? I was like, oh my god, he does.

**Professor Murate Munkin**  00:25

Because of you.

**Bobby Shed**  00:27

Thank you.

**Professor Murate Munkin**  00:28

Yes, yeah, well look not just because of you. There is another student who asked me to make changes

Exhibit 14

A STATE ACCREDITED LAW ENFORCEMENT AGENCY

October 17, 2018

Bobby Shed
5004 East Fowler Avenue
Unit C-102
Tampa, FL 33617

Re:  Complaint received on August 11, 2018

Dear Mr. Shed;

We have concluded University of South Florida Police Department (USFPD) Internal Affairs Investigation 2018-006 which was initiated as a result of your complaint. We find the following conclusion regarding the allegations:

**Ofc. Peggy Peterson**
General Order II-110 Mobile Video Recording Systems
III. H.  Officers should manually activate their MVRS to record other events when practicable, such as: 5. Citizen contacts.  **EXONERATED**

General Order IV-104 Arrests, Searches and Seizures
D. e.  Stop and Frisk. Under FSS 901.151, Stop and Frisk Law, whenever any law enforcement officer encounters any person under circumstances which reasonably indicate that such person has committed, is committing, or is about to commit a violation of the criminal laws of this state or the criminal ordinances of any municipality or county, he or she may:
i.  Temporarily detain such person for the purpose of ascertaining the identity of the person temporarily detained and the circumstances surrounding his or her presence abroad which led the officer to believe that he or she had committed, was committing, or was about to commit a criminal offense.  **EXONERATED**

**Ofc. Douglas Bendetti**
General Order II-110 Mobile Video Recording Systems
III. A.  Officers assigned to vehicles equipped with an MVRS shall ensure that the unit is in proper working order prior to their shift. Noted deficiencies shall be brought to the attention of their supervisor as soon as practical.  **SUSTAINED**

The investigator interviewed all parties involved and was able to come to the above conclusion.

If you have any questions or concerns, you may contact Sgt. Christine Bennett.

Sincerely,

Christopher L. Daniel
Chief of Police

Redactions ... disclosure pursuant to Section 119.071, F.S.

 **UNIVERSITY OF SOUTH FLORIDA**

**Performance Evaluation (Staff)**
Division of Human Resources
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

| Employee Name: | Peggy Peterson | GEMS Employee ID #: | 107792 |
|---|---|---|---|
| Position Title: | Law Enforcement Officer | College/Div./Dept.: | USF **Police** Department |
| Evaluation Period: | From: 12/24/2019 | To: 12/24/2020 | |
| Type of Evaluation: | ☐Probationary | ☒Annual | ☐ Special |

*Note: This form should be completed by the employee's immediate supervisor. All ratings other than "Achieves" must be supported by specific comments and examples.*

**Purpose Statement**
Job performance of Staff employees is reviewed to ensure attainment of goals and objectives, improve communication, and promote career growth and development. The evaluation process involves assessing an employee's work performance during the review period relative to specific indicators. Performance ratings are determined for each indicator based on specific goals, objectives, and outcomes.

**USF 2013-2018 Strategic Plan (http://www.ods.usf.edu/Plans/Strategic/docs/USF-Strategic-Plan-2013-2018.pdf)**
All Staff employees at USF should be familiar with the Strategic Plan; understand how their role supports and contributes to the University's Vision, Mission, Values, and Goals; and explore how their contributions help the University achieve this bold plan.

**Mission**
The University of South Florida's mission is to deliver competitive undergraduate, graduate, and professional programs, to generate knowledge, foster intellectual development, and ensure student success in a global environment.

**Vision**
The University of South Florida is a global research university dedicated to student success and positioned for membership in the Association of American Universities (AAU).

As Florida's leading metropolitan research university, USF is dedicated to:
- Student access, learning, and success through a vibrant, interdisciplinary, and learner-centered research environment incorporating a global curriculum
- Research and scientific discovery to strengthen the economy, promote civic culture and the arts, and design and build sustainable communities through the generation, dissemination, and translation of new knowledge across all academic and health-related disciplines
- Partnerships to build significant locally- and globally-integrated university-community collaborations through sound scholarly and artistic activities and technological innovation
- A sustainable economic base to support USF's continued academic advancement

**Values**
USF has adopted 14 core values that are in alignment with the Strategic Plan to elevate the University to one of the nation's leading research universities (http://www.ods.usf.edu/Plans/Strategic/values.htm).

Questions (813) 974-2970
Center/Appointments

Human Resources / Employment

Rev. 07/2014

 **Performance Evaluation (Staff)**

**UNIVERSITY OF SOUTH FLORIDA**

Division of Human Resources
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

**Goals**

USF's priorities have been set.  USF will:

- Through a continued commitment to student success, produce well educated global citizens

- Through its high-impact research and innovation, change lives for the better, improve health, and foster sustainable development and positive societal change

- As a highly effective major economic engine, create new partnerships to build a strong **and** sustainable future for Florida in the global economy

- Pursue a more secure economic base, greater operational and resource efficiencies, and **increased** transparency in its business practices

| Goals and Objectives for this Evaluation Period: | Results: | | |
|---|---|---|---|
| 1. Officer Peterson achieved her goal of improving her shooting score to the Master category. | ☐Exceeded | ☒Achieved | ☐Not Achieved |
| 2. Officer Peterson did not achieve her goal of taking a career development class if one became available. She could not find a class that she had not already had, and was compatible with our schedule. The Covid 19 pandemic also limited classes and training opportunities. | ☐Exceeded | ☐Achieved | ☒Not Achieved |
| 3. Officer Peterson achieved her goal of maintaining her Safe Driver status. | ☐Exceeded | ☒Achieved | ☐Not Achieved |

**Ratings:**

*Exemplary*  Performance <u>far exceeds</u> all standards/expectations. Exceptional results are *consistently* produced.

*Commendable*  Performance <u>frequently exceeds</u> standards/expectations.

*Achieves*  Performance <u>consistently meets</u> standards/expectations.  Requisite competencies and knowledge are demonstrated.

*Needs Improvement*  Performance <u>does not consistently meet</u> standards/expectations.  Some requisite competencies and knowledge are demonstrated.  Individual may still be learning the job and/or functions and requires additional time to develop.

*Unsatisfactory*  Performance <u>does not meet</u> standards/expectations.  Major deficiencies require immediate attention and improvement.



**Performance Evaluation (Staff)**
Division of Human Resources
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

| PERFORMANCE INDICATORS | Exemplary | Commendable | Achieves | Needs Improvement | Unsatisfactory |
|---|---|---|---|---|---|
| **Job Knowledge:** Demonstrates sufficient knowledge, competency, and understanding to perform all aspects of the job efficiently, effectively, and safely.<br>  o Applicable Laws<br>  o Arrest Procedures<br>  o Geographical Jurisdiction<br>  o Departmental Policies, Mission and Values<br>  o General Administrative Duties<br>  o Supporting Agencies in the Community<br><br>**Comments:** Officer Peterson has over 34 years of experience as a law enforcement officer. She retired from the Tampa Police Department after 25 years, and she has been with the USF Police Department for over 7 years. She also served 2 years with the Hillsborough County Sheriff's Office as a Corrections Deputy. Her considerable level of experience and job knowledge serves her well in her current capacity, and is reflected in her overall job performance. She is a competent and effective police officer. Her officer safety techniques and tactics are very sound.<br>Officer Peterson has a high level of knowledge of state laws and arrest procedures. Her experience has given her a deep level of understanding of the elements of crimes, and of the probable cause threshold in a wide variety of arrest situations, especially some that we do not encounter often on campus. Officer Peterson is able to size up a situation quickly and effectively, and take appropriate action. As an example, Officer Peterson handled a fraud case at the Embassy Suites Hotel in March. A couple had used to stolen credit card to rent a room. *(USF20OFF000200) Officer Peterson recognized the elements of the crime. She conducted a* good, thorough investigation, and was able to arrest the male and female suspects. The case was complicated by the presence of the male suspect's two young children, who had been visiting him. Officer Peterson arranged to have the children's grandmother, who was their legal guardian, come and pick them up. This was a somewhat involved case, and Officer Peterson handled it well. | ☐ | ☒ | ☐ | ☐ | ☐ |
| **Productivity:** Meets established deadlines and effectively uses work time to achieve goals and objectives; work effort results in the desired outcomes to include quality, quantity, and timeliness.<br>  o Activity and Calls for Service Levels<br>  o Personnel Assignment Based on Department Goals, Priorities and Objectives<br>  o Case Assignments<br>  o Organization and Planning<br>  o Responsibility and Accountability<br>  o Time Management and Personal Productivity | ☐ | ☐ | ☒ | ☐ | ☐ |

Page 3 of 8

Questions (813) 974-2970
Center/Appointments

Human Resources / Employment

Rev. 07/2014



**Performance Evaluation (Staff)**
**Division of Human Resources**
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

**Comments:** Overall officer productivity has been limited during most of this evaluation period, due to the *COVID 19 pandemic. The campus has been closed or in limited operation for most of* this year. However, Officer Peterson stayed active by conducting lot checks, building checks and special details. She readily handled whatever calls for service that occurred in her zone. She also assisted with covering other zones when we were short staffed, or had officers on remote status. Officer Peterson is dependable, and completes her reports and other tasks in a timely manner.

**Quality of Work:** Produces work that is comprehensive in scope, complete in detail, and accurate in content.
- Crime Scene Investigations (evidence collection and crime scene searches)
- Command Presence - Uniform/Grooming
- Proficiency with Firearms and Less-than Lethal Weapons
- Vehicle and Equipment Maintenance
- Vehicle Operation (Patrol Vehicle, Bike, Motor, Boat, Golf Cart
- Application of Policies, Procedures and Methods
- Attendance/Timesheets Completion

**Comments:** Officer Peterson's overall quality work is usually very good. Her reports are usually well written, concise and seldom require correction. She conducts thorough crime scene searches, and is able to recognize, process and collect evidence in an effective manner. She follows applicable policies, procedures and methods in doing so.
Officer Peterson conducts good, thorough investigations. During this period, she handled the above mentioned fraud case at the Embassy Suites Hotel, as well as a burglary/battery call at a dorm, that involved USF football players **(USF20OFF000147).** In that case, Officer Peterson was able to sort through a lot nonsense and false statements, and get to the truth of what had happened. She reviewed a video from a camera outside the dorm room, which clarified the situation, and ultimately lead to the identification of the two suspects that battered the victim in his dorm room.
Officer Peterson maintains her vehicle and other assigned equipment well, as observed in our squad's monthly inspections. She is proficient with her firearms, and operates her assigned vehicle in a safe and effective manner.

☐ ☐ ☒ ☐ ☐

**Communications:** Shares information effectively both verbally and in writing (including formal presentations) with various types of audiences; listens attentively and openly to the ideas, concerns, and suggestions of others.
- Report Writing
- Interview/Interrogation Skills
- Radio and Mobile Data Technology Communications
- Case-Related Testimony
- Public Speaking, Presentations, Response to Media Inquiries
- Notification of Key Information

**Comments:** Officer Peterson's written work is usually good. Her reports sometime contain minor errors, which are easily corrected. Officer Peterson displays excellent interview and interrogation skills. She uses logic, common sense and her experience to direct an effective line of questioning. She is a patient listener, and is especially good at establishing a rapport with just about anyone. She will speak at length to people, and offer good advice.
Officer Peterson is able to use her radio and our mobile data technology effectively.

☐ ☐ ☒ ☐ ☐

Questions (813) 974-2970
Center/Appointments

Human Resources / Employment

Rev. 07/2014



**USF** UNIVERSITY OF SOUTH FLORIDA

**Performance Evaluation (Staff)**
**Division of Human Resources**
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

| | | | | | |
|---|---|---|---|---|---|
| **Standards of Service:** Demonstrates a commitment to the University's established standards of service; interacts professionally and effectively with various customers in both routine and non-routine situations; establishes and develops collaborative relationships with others in the community. <br> o   Community Interaction and Response to Citizen/Community Needs <br> o   Community Relations <br> o   Professional Integrity <br> o   Professional Appearance | ☐ | ☐ | ☒ | ☐ | ☐ |

**Comments:** Officer Peterson maintains a professional bearing in her interactions with the public, and with her colleagues. As a veteran police officer, she knows how to handle people professionally and effectively in a wide variety of situations, both routine and non-routine. She treats everyone fairly, and displays a genuine concern and empathy for people. She often goes out of her way to assist people, such as stranded motorists, victims of crime, homeless people and students that need guidance. She is an excellent mediator in resolving dispute type calls.

| | | | | | |
|---|---|---|---|---|---|
| **Teamwork:** Participates in achieving organizational unit goals and objectives and works effectively with other colleagues at the University. <br> o   Positive Working Relationship with Colleagues <br> o   Participation in Departmental Meetings <br> o   Interpersonal Skills <br> o   Cooperation and Collaboration | ☐ | ☐ | ☒ | ☐ | ☐ |

**Comments:** Officer Peterson generally works well as a member of a team. She understands and participates in achieving our squad goals and objectives. She maintains a positive relationship with her colleagues. She is an active participant in squad meetings and briefings; her input is generally positive and thoughtful. Officer Peterson is friendly and helpful towards other university staff members, such as Resident Advisors, maintenance personnel, security, and administrative personnel.

| | | | | | |
|---|---|---|---|---|---|
| **Initiative:** Accepts and carries out current and new responsibilities through resourcefulness and self-reliance. <br> o   Researching, Recommending, and Implementing Department Policy and Other Regulations <br> o   Involvement in  University Meetings/Committees <br> o   Ability to Work Autonomously | ☐ | ☐ | ☒ | ☐ | ☐ |

**Comments:** Officer Peterson generally stays active throughout her shift. She is resourceful, self-reliant, and is able to work autonomously. She involves herself in squad meeting and discussions, and often has good input as to policy changes and other matters. During the last evaluation period, Officer Peterson served on the Codes and Signals Review Committee, and had several good suggestions and input. The new codes and signals list, which she helped develop, was approved this year.

| | | | | | |
|---|---|---|---|---|---|
| **Problem Solving:** Develops sound, timely, and practical solutions to daily challenges and unique conflicts. | ☐ | ☐ | ☒ | ☐ | ☐ |

Human Resources / Employment



**Performance Evaluation (Staff)**
**Division of Human Resources**
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

| | | | | | | |
|---|---|---|---|---|---|---|
| <ul><li>Conflict Control/Resolution</li><li>Use of Resources in Analyzing and Solving Problems</li><li>Decision Making</li><li>Development & Delivery of Instructional Material</li><li>Organization and Planning</li><li>Analysis of Crime Data Trends</li><li>Liaison with Other Agencies and Officials</li><li>Community Policing</li></ul> **Comments:** Officer Peterson consistently makes sound decisions and displays good problem solving capabilities. She uses logic and common sense, and is also able to effectively apply her knowledge of laws and procedures. She has a great deal of police experience, which helps her in this regard.<br>Officer Peterson has displayed excellent conflict control and resolution skills. She knows how to mediate effectively, and has good command presence.<br>Officer Peterson understands the concept of community policing, and applies it in her daily approach to the job. She readily recognizes problems and potential problems in her assigned area, and addresses them appropriately. | | | | | | |
| **Other: Adaptability –** Looks beyond short-term inconvenience to see long-term advantages of change.  Adaptability includes:<br><ul><li>Assessing the merits of new ideas and validity of alternate viewpoints</li><li>Training/ professional development necessary to remain up to date and effective in work assignments</li><li>New assignments resulting from organizational/departmental, personnel, and process changes</li><li>Working in diverse environment with an understanding differences in culture, communication styles, backgrounds, and experience, etc.</li><li>Managing stress</li></ul>**Comments:** Officer Peterson has displayed a good level of adaptability over her long career. She understands that law enforcement procedures and techniques are constantly changing. She does not always agree with them, but she is usually able to see advantages to new ideas, and to fairly assess new viewpoints.<br>Officer Peterson has no issues in working in the diverse environment of the University of South Florida. | ☐ | ☐ | ☒ | ☐ | ☐ | |
| **Other: Leading, Managing and Supervising –** Field Training Officers, Instructors, Supervisors. *Demonstrates a clear understanding of the collective bargaining agreement(s), University policies and procedures, and manages employees.  The following responsibilities are included in this category:*<br><ul><li>Providing Leadership and leading by example.</li><li>Motivating, coaching and developing  subordinates</li><li>Creating a positive working environment that recognizes and accommodates diversity and equity</li><li>Setting clear standards and expectations</li><li>Providing direction on staff assignments</li></ul> | ☐ | ☐ | ☐ | ☐ | ☐ | |

Human Resources / Employment

Questions (813) 974-2970
Center/Appointments

Rev. 07/2014

**USF** UNIVERSITY OF
SOUTH FLORIDA

Performance Evaluation (Staff)
Division of Human Resources
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

| | | | | | |
|---|---|---|---|---|---|
| o   Recognizing successes and identifying the need for performance improvement. | | | | | |
| o   Ensuring a safe work environment. | | | | | |
| o   Performing as a Field Training Officer or Department Instructor | | | | | |
| o   Evaluating personnel performance objectively | | | | | |
| o   Providing opportunities for career development | | | | | |
| o   Conducting Disciplinary within departmental guidelines | | | | | |
| o   Monitoring compliance of law and policy | | | | | |
| o   Soliciting suggestions for improvement of services | | | | | |
| o   Knowledge of Human Resources procedures, Administrative law, Officer Bill of Rights | | | | | |
| o   Conducting inspections to ensure equipment is properly maintained and available | | | | | |
| o   Providing training on necessary skills | | | | | |
| **Comments:** N/A Officer Peterson is not currently a supervisor, FTO or instructor. | | | | | |

**Achievements:** *Briefly describe the employee's most significant strengths and accomplishments during this review period.*

Officer Peterson has announced that she will be retiring at the end of this year (2020) which is a few weeks away. This will be her last annual performance evaluation.
Officer Peterson has had a very long, distinguished law enforcement career, and her retirement is well earned.

**Areas for Improvement:** *Indicate areas in which the employee should address professional shortcomings and expand competencies. Provide a brief description of a development plan to support achievement (supervisor's role, resources, etc.).*

During the last evaluation period, I advised Officer Peterson that she should continue to become more involved with department activities that go beyond her assigned daily tasks, such as her participation in the Codes and Signals Revision Committee, in which she did a good job. This was a good example of her using her valuable years of experience to benefit the department. As her supervisor, I had hoped to work with her to identify other, similar opportunities. However, the Covid 19 pandemic, with the near total closure of the campus, severely limited such opportunities.

**Overall Performance Rating** (assign *one* overall rating based on the ratings assigned above):

☐ Exemplary        ☐ Commendable        ☒ Achieves        ☐ Needs Improvement        ☐ Unsatisfactory

*Comments:*

Questions (813) 974-2970
Center/Appointments

Human Resources / Employment

Rev. 07/2014



**Performance Evaluation (Staff)**
**Division of Human Resources**
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

**Goals and Objectives for Next Evaluation Period:**

Officer Peterson will be taking a longevity retirement in a few weeks, at the end of this year. She has no USFPD goals for the coming year. Her short-term goal is to prepare for retirement, and for separation from the department.

**Professional Development Plan:** Include training, competency development, and other efforts.

**Employee Comments:**

| | | | |
|---|---|---|---|
| R. DeLiguori | *Sgt R. DeL...* | Police Sergeant | 11/23/19 |
| Supervisor Name (Print) | Signature | Title | Date |

| | | | |
|---|---|---|---|
| Next Level Supervisor Name (Print) | Signature | Title | Date |
| (Required when overall rating is below Achieves) | | | |

*My signature only acknowledges discussion and receipt of this evaluation and does not necessarily imply my agreement.*

| | |
|---|---|
| *(signature)* | 12/15/2020 |
| Employee Signature | Date |

Original to: Human Resources          Copy to: Employee and Department



RECEIVED
DEC 1 6 2020
BY: *PMc*

Human Resources / Employment

Questions (813) 974-2970
Center/Appointments

Rev. 07/2014



**Performance Evaluation (Staff)**

**Division of Human Resources**

Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

| Employee Name: | Peggy Peterson | GEMS Employee ID #: | 107792 |
|---|---|---|---|
| Position Title: | Law Enforcement Officer | College/Div./Dept.: | USF Police Department |
| Evaluation Period: | From: 12/24/2018 | To: 12/24/2019 | |
| Type of Evaluation: | ☐ Probationary | ☒ Annual | ☐ Special |

*Note: This form should be completed by the employee's immediate supervisor. All ratings other than "Achieves" must be supported by specific comments and examples.*

**Purpose Statement**
Job performance of Staff employees is reviewed to ensure attainment of goals and objectives, improve communication, and promote career growth and development. The evaluation process involves assessing an employee's work performance during the review period relative to specific indicators. Performance ratings are determined for each indicator based on specific goals, objectives, and outcomes.

**USF 2013-2018 Strategic Plan** (http://www.ods.usf.edu/Plans/Strategic/docs/USF-Strategic-Plan-2013-2018.pdf)
All Staff employees at USF should be familiar with the Strategic Plan; understand how their role supports and contributes to the University's Vision, Mission, Values, and Goals; and explore how their contributions help the University achieve this bold plan.

**Mission**
The University of South Florida's mission is to deliver competitive undergraduate, graduate, and professional programs, to generate knowledge, foster intellectual development, and ensure student success in a global environment.

**Vision**
The University of South Florida is a global research university dedicated to student success and positioned for membership in the Association of American Universities (AAU).

As Florida's leading metropolitan research university, USF is dedicated to:
- Student access, learning, and success through a vibrant, interdisciplinary, and learner-centered research environment incorporating a global curriculum
- Research and scientific discovery to strengthen the economy, promote civic culture and the arts, and design and build sustainable communities through the generation, dissemination, and translation of new knowledge across all academic and health-related disciplines
- Partnerships to build significant locally- and globally-integrated university-community collaborations through sound scholarly and artistic activities and technological innovation
- A sustainable economic base to support USF's continued academic advancement

**Values**
USF has adopted 14 core values that are in alignment with the Strategic Plan to elevate the University to one of the nation's leading research universities (http://www.ods.usf.edu/Plans/Strategic/values.htm).



**Performance Evaluation (Staff)**
**Division of Human Resources**
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

## Goals
USF's priorities have been set.  USF will:

- Through a continued commitment to student success, produce well educated global citizens

- Through its high-impact research and innovation, change lives for the better, improve health, and foster sustainable development and positive societal change

- As a highly effective major economic engine, create new partnerships to build a strong and sustainable future for Florida in the global economy

- Pursue a more secure economic base, greater operational and resource efficiencies, and increased transparency in its business practices

| Goals and Objectives for this Evaluation Period: | Results: | | |
|---|---|---|---|
| 1. Officer Peterson achieved her goal of maintaining her level of activity. | ☐Exceeded | ☒Achieved | ☐Not Achieved |
| 2. Officer Peterson achieved her goal of becoming more involved in departmental committees. She was chosen as a member of the Codes and Signal Review Committee. | ☐Exceeded | ☒Achieved | ☐Not Achieved |
| 3. Officer Peterson sought out training opportunities as they became available. | ☐Exceeded | ☒Achieved | ☐Not Achieved |

**Ratings:**

| | |
|---|---|
| *Exemplary* | Performance far exceeds all standards/expectations. Exceptional results are *consistently* produced. |
| *Commendable* | Performance frequently exceeds standards/expectations. |
| *Achieves* | Performance consistently meets standards/expectations. Requisite competencies and knowledge are demonstrated. |
| *Needs Improvement* | Performance does not consistently meet standards/expectations.  Some requisite competencies and knowledge are demonstrated.  Individual may still be learning the job and/or functions and requires additional time to develop. |
| *Unsatisfactory* | Performance does not meet standards/expectations.  Major deficiencies require immediate attention and improvement. |

Human Resources / Employment

Questions (813) 974-2970
Center/Appointments

Rev. 07/2014



**Performance Evaluation (Staff)**
Division of Human Resources
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

| PERFORMANCE INDICATORS | Exemplary | Commendable | Achieves | Needs Improvement | Unsatisfactory |
|---|---|---|---|---|---|
| **Job Knowledge:** Demonstrates sufficient knowledge, competency, and understanding to perform all aspects of the job efficiently, effectively, and safely.<br>  o  Applicable Laws<br>  o  Arrest Procedures<br>  o  Geographical Jurisdiction<br>  o  Departmental Policies, Mission and Values<br>  o  General Administrative Duties<br>  o  Supporting Agencies in the Community<br><br>**Comments:** Officer Peterson has over 33 years of experience as a law enforcement officer. She retired from the Tampa Police Department after 25 years, and she has been with the USF Police Department for over 6 years. She also served 2 years with the Hillsborough County Sheriff's Office as a Corrections Deputy. Her considerable level of experience and job knowledge serves her well in her current capacity, and is reflected in her overall job performance. She is a highly competent, and very effective police officer. Officer Peterson has a very high level of knowledge of state laws and arrest procedures. Her experience has given her a deep level of understanding of the elements of crimes, and of the probable cause threshold in a wide variety of arrest situations. She is able to size up a situation quickly and effectively, and take appropriate action. | ☐ | ☒ | ☐ | ☐ | ☐ |
| **Productivity:** Meets established deadlines and effectively uses work time to achieve goals and objectives; work effort results in the desired outcomes to include quality, quantity, and timeliness.<br>  o  Activity and Calls for Service Levels<br>  o  Personnel Assignment Based on Department Goals, Priorities and Objectives<br>  o  Case Assignments<br>  o  Organization and Planning<br>  o  Responsibility and Accountability<br>  o  Time Management and Personal Productivity<br><br>**Comments:** Officer Peterson stays busy throughout her shift. She consistently produces a high number of lot checks, building checks, and special details. She handles calls for service in her zone, and readily assists other officers with their assignments and tasks. She is very dependable, and completes her reports and other tasks in a timely manner. | ☐ | ☐ | ☒ | ☐ | ☐ |



**Pe  ormance Evaluation (Staff)**
**Division of Human Resources**
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

| | | | | | |
|---|---|---|---|---|---|
| **Quality of Work:** Produces work that is comprehensive in scope, complete in detail, and accurate in content. <br> o Crime Scene Investigations (evidence collection and crime scene searches) <br> o Command Presence – Uniform/Grooming <br> o Proficiency with Firearms and Less-than Lethal Weapons <br> o Vehicle and Equipment Maintenance <br> o Vehicle Operation (Patrol Vehicle, Bike, Motor, Boat, Golf Cart <br> o Application of Policies, Procedures and Methods <br> o Attendance/Timesheets Completion <br><br> **Comments:** Officer Peterson consistently produces high quality work. Her reports are well written, detailed, concise and seldom require correction. She conducts thorough crime scene searches, and is able to recognize, process and collect evidence in an effective manner. She follows applicable policies, procedures and methods in doing so. <br> Officer Peterson conducts excellent, thorough investigations. During this period, she handled what became a somewhat high profile stalking case that involved multiple victims, and different dates. She conducted excellent interviews and was able to put together a comprehensive timeline. Her investigation showed a clear pattern of stalking, which resulted in the suspect's arrest. Her documentation of the case was excellent. | ☐ | ☒ | ☐ | ☐ | ☐ |
| **Communications:** Shares information effectively both verbally and in writing (including formal presentations) with various types of audiences; listens attentively and openly to the ideas, concerns, and suggestions of others. <br><br> o Report Writing <br> o Interview/Interrogation Skills <br> o Radio and Mobile Data Technology Communications <br> o Case-Related Testimony <br> o Public Speaking, Presentations, Response to Media Inquiries <br> o Notification of Key Information <br><br> **Comments:** Officer Peterson writes good police reports. She displays excellent interview and interrogation skills. She uses logic, common sense and her experience to direct an effective line of questioning. She is a patient listener, and is especially good at establishing a rapport with just about anyone. Officer Peterson is able to use her radio and our mobile data technology effectively. | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Standards of Service:** Demonstrates a commitment to the University's established standards of service; interacts professionally and effectively with various customers in both routine and non-routine situations; establishes and develops collaborative relationships with others in the community. <br> o Community Interaction and Response to Citizen/Community Needs <br> o Community Relations <br> o Professional Integrity <br> o Professional Appearance <br><br> **Comments:** Officer Peterson maintains a professional bearing in all aspects of police work. She is able to interact professionally and effectively with various people in a variety of situations. She | ☐ | ☒ | ☐ | ☐ | ☐ |

Questions (813) 974-2970
Center/Appointments

Human Resources / Employment

Rev. 07/2014



**Pe** **rmance Evaluation (Staff)**
**Division of Human Resources**
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

| | | | | | |
|---|---|---|---|---|---|
| demonstrates a genuine concern and empathy for people. She will speak to people at length, and help them resolve their problems, giving excellent advice. Officer Peterson received two letters of appreciation from citizens during this period, both of which were a reflection of her professionalism and concern for people in the community. In one letter, a citizen praised her for going above and beyond expectations to assist a pregnant female whose car had broken down in heavy traffic. The other letter was from a professor, who was very thankful for her professional handling of a heated political dispute that erupted in one of his classes. The professor stated that she was firm but fair in mediating the dispute, and in getting both sides to calm down. | | | | | |
| **Teamwork:** Participates in achieving organizational unit goals and objectives and works effectively with other colleagues at the University.<br>   o   Positive Working Relationship with Colleagues<br>   o   Participation in Departmental Meetings<br>   o   Interpersonal Skills<br>   o   Cooperation and Collaboration<br><br>**Comments:** Officer Peterson functions well as a member of a team. She has good interpersonal skills, and maintains a positive working relationship with her colleagues. She readily assists other officers with any task at hand. | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Initiative:** Accepts and carries out current and new responsibilities through resourcefulness and self-reliance.<br>   o   Researching, Recommending, and Implementing Department Policy and Other Regulations<br>   o   Involvement in University Meetings/Committees<br>   o   Ability to Work Autonomously<br><br>**Comments:** Officer Peterson remains active throughout her shift. She is resourceful, self-reliant, and needs very little supervision. During this period, she served on the Codes and Signals Review Committee. She was a valuable member of the committee, representing Patrol, and had several good suggestions and well thought out input.  This was a good opportunity for her to improve her interaction in a department decision making process. Going forward, she should seek out more interaction like this, especially with the high level of valuable police experience that she possesses. | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Problem Solving:** Develops sound, timely, and practical solutions to daily challenges and unique conflicts.<br><br>   o   Conflict Control/Resolution<br>   o   Use of Resources in Analyzing and Solving Problems<br>   o   Decision Making<br>   o   Development & Delivery of Instructional Material<br>   o   Organization and Planning<br>   o   Analysis of Crime Data Trends<br>   o   Liaison with Other Agencies and Officials<br>   o   Community Policing | ☐ | ☒ | ☐ | ☐ | ☐ |

Questions (813) 974-2970
Center/Appointments

Human Resources / Employment

Rev. 07/2014



**Pe** **ormance Evaluation (Staff)**

**Division of Human Resources**

Phone (813)974-297**0 /** Fax (813)974-5227 / SVC 2172

| | | | | | |
|---|---|---|---|---|---|
| **Comments:** Officer Peterson has displayed very good problem solving and decision making capabilities. She uses logic and common sense, and is also able to effectively apply her knowledge of laws and procedures. Her great deal of police experience helps her in this regard.<br>Officer Peterson has displayed excellent conflict control and resolution skills. She knows how to mediate effectively, and has good command presence.<br>Officer Peterson understands the concept of community policing, and applies it in her daily approach to the job. | | | | | |
| **Other: Adaptability –** Looks beyond short-term inconvenience to see long-term advantages of change.  Adaptability includes:<br>  o   Assessing the merits of new ideas and validity of alternate viewpoints<br>  o   Training/ professional development necessary to remain up to date and effective in work assignments<br>  o   New assignments resulting from organizational/departmental, personnel, and process changes<br>  o   Working in diverse environment with an understanding differences in culture, communication styles, backgrounds, and experience, etc.<br>  o   Managing stress<br>**Comments:** Officer Peterson has displayed a good level of adaptability over her long career. She understands that law enforcement procedures and techniques are constantly changing. She is able to see advantages to new ideas, and to fairly assess new viewpoints.<br>Officer Peterson has no issues in working in the diverse environment of the University of South Florida. | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Other: Leading, Managing and Supervising –** Field Training Officers, Instructors, Supervisors. *Demonstrates a clear understanding of the collective bargaining agreement(s), University policies and procedures, and manages employees.  The following responsibilities are included in this category:*<br>  o   Providing Leadership and leading by example.<br>  o   Motivating, coaching and developing  subordinates<br>  o   Creating a positive working environment that recognizes and accommodates diversity and equity<br>  o   Setting clear standards and expectations<br>  o   Providing direction on staff assignments<br>  o   Recognizing successes and identifying the need for performance improvement.<br>  o   Ensuring a safe work environment.<br>  o   Performing as a Field Training Officer or Department Instructor<br>  o   Evaluating personnel performance objectively<br>  o   Providing  opportunities for career development<br>  o   Conducting Disciplinary within departmental guidelines<br>  o   Monitoring compliance of law and policy<br>  o   Soliciting suggestions for improvement of services<br>  o   Knowledge of Human Resources procedures, Administrative law, Officer Bill of Rights<br>  o   Conducting inspections to ensure equipment is properly maintained and available<br>  o   Providing training on necessary skills<br>**Comments:** N/A Officer Peterson is not currently a supervisor, FTO or instructor. | ☐ | ☐ | ☐ | ☐ | ☐ |



**Pe**~~rf~~**ormance Evaluation (Staff)**
Division of Human Resources
Phone (813)974-2970 / Fax (813)974-5227 / SVC 2172

**Achievements:** *Briefly describe the employee's most significant strengths and accomplishments **during** this review period.*

Officer Peterson was a member of the Codes and Signals Revision committee, and provided valuable input into that process. Officer Peterson received two letters of appreciation from citizens during this period. One recognized her for helping a pregnant woman in a disabled car, stuck in traffic. The other was from a professor, thanking her for her professionalism in handling a volatile political dispute in his classroom. She was also recognized by her supervisor for conducting an excellent investigation in a stalking case that resulted in the arrest of the perpetrator for several charges. All of this recognition was indicative of her overall performance and professionalism.

**Areas for Improvement:** Indicate *areas in which the employee should address professional shortcomings and expand competencies. Provide a brief description of a development plan to support achievement (supervisor's role, resources, etc.).*

Officer Peterson should continue to become more involved with department activities that go beyond her assigned daily tasks, such as her participation in the Codes and Signals Revision Committee, as noted above, in which she did an excellent job. This was a good example of her using her valuable years of experience to benefit the department. As her supervisor, I will work with her in the coming year to identify other, similar opportunities.

**Overall Performance Rating (assign _one_ overall rating based on the ratings assigned above):**

☐ Exemplary          ☐ Commendable          ☒ Achieves          ☐ Needs Improvement          ☐ Unsatisfactory

*Comments:* Officer Peterson continues to be an excellent employee, and an asset to the department.

| Goals and Objectives for Next Evaluation Period: |
|---|
| 1. Officer Peterson hopes to improve her shooting score to the Master category. |
| 2. Officer Peterson would like to take a career development class, if one becomes available that she hasn't had before, and as scheduling permits. |
| 3. Officer Peterson plans to maintain her Safe Driver status. |

Human Resources / Employment

Questions (813) 974-2970
Center/Appointments

Rev. 07/2014

103

Exhibit 15

USF Police Investigates Officer for Racist Social Media Post

7/14/20, 1:52 AM



Left: Screen shot of the Twitter account listing Presley Garcia as the owner and "KKK member" in the bio; Right: Photo from 2018 USF Police swearing-in ceremony showing Officer Presley Garcia being sworn in as a new officer. (Courtesy: USF Police Department)

PUBLIC SAFETY

## USF Police Investigating Officer for Racist Reference in Social Media Profile

BY SAUNDRA WEATHERS | TAMPA
PUBLISHED 9:42 PM ET JUL. 09, 2020

**TAMPA, Fla.** — The University of South Florida Police Department is investigating one of its own officers for "disturbing language" used on a Twitter account bearing the officer's name.

The Twitter bio for @presleyyg reads "KKK member." The name listed on that account as the users real name is Presley Garcia.

In 2018, USF Police welcomed a new officer with that same name.

With that information, the department launched a preliminary investigation into the Twitter account. The officer was placed on administrative leave.

The agency provided the following statement regarding the investigation.

*The University of South Florida Police Department was recently made aware of a Twitter account allegedly belonging to a USF police officer that features some disturbing language. USFPD immediately began a preliminary investigation and is working to gather details associated with this allegation. The officer has been placed on administrative leave while the investigation into this matter continues. The University of South Florida rejects in the strongest possible terms all forms of racism and discrimination. They do not reflect our Principles of Community, which value diversity and inclusion.*

**YOU MAY ALSO BE INTERESTED IN**

Exhibit 16

**Tampa Bay Times**

CORONAVIRUS   HURRICANE   NEWS   SPORTS   OPINION   LIFE & CULTURE   FOOD

SUBSCRIBE

SPORTS / **USF BULLS**

# USF looking into allegations of racially charged comments by men's basketball assistant

The Bulls have seen six players enter the transfer portal since their season ended.

   



Veteran assistant Tom Herrion arrived at USF with coach Brian Gregory in 2017. He reportedly is accused of making racially charged comments. [ MARK HUMPHREY | Associated Press (2012) ]

By **Joey Knight**

Amid a mass player exodus, USF confirmed Thursday afternoon it has launched an independent review regarding "troubling concerns" involving a member of its men's basketball coaching staff.

Collin Sherwin of I                          nd former school

### Enjoy this article for free

Will you help support local journalism? Just .99c for the first month.

**Subscribe Now**   Log in

108

School administrators met with the team Thursday afternoon. The staff member, not named by USF, has been placed on administrative leave.

"We are aware of troubling concerns that have been reported involving a member of our men's basketball coaching staff," a statement released by the school said.

"We take these matters very seriously. An independent review is ongoing and the involved staff member has been placed on administrative leave pending the outcome of that review. We will have no further comment until that process is complete."

Six Bulls players — all of them Black — have entered the NCAA transfer portal since the team's season ended last week at the American Athletic Conference tournament. Backup forward Luke Anderson (who is white) has transferred to a junior college in Idaho.



SPONSORED CONTENT

**Don't Waste $$$ On Pricey Teeth Whitening, Try This Instead** ⬈

*Cleaner Smile*

The latest to enter the portal is 6-foot-8 redshirt junior Alexis Yetna, according to Stadium's Jeff Goodman. The 2019 American Athletic Conference Freshman of the Year, Yetna was widely considered the most viable NBA prospect on the Bulls roster.



Jeff Goodman ✔
@GoodmanHoops

South Florida's Alexis Yetna is transferring, source told @Stadium.

The 6-foot-8 junior forward averaged 9.5 points and 7.3 boarsd per game this season. Went for 12.3 points and 9.6 as a frosh.

Will be a LONG line.

12:39 PM · Mar 18, 2021

♡ 142   💬 7   ⬆ Share this Tweet

Herrion, 53, arrived with coach Brian Gregory at USF in 2017. His journeyman career includes four seasons each as coach at Marshall (2010-14) and College of Charleston (2002-06).

Gregory just completed the fourth year of a six-year, $6.58 million contract he signed upon his hiring in March 2017. USF is 48-66 with one postseason appearance — a College Basketball Invitational (CBI) title in 2019 — on his watch.

**UP NEXT:** USF men's basketball departures up to six, reports indicate



**JOEY KNIGHT**
Bucs Reporter

Exhibit 17

Diversity committee resigns in stinging rebuke of administration – The Crow's Nest at USF St. Petersburg    10/2/20, 12:36 PM





News

## Diversity committee resigns in stinging rebuke of administration

Sophie Ojdanic   *September 9, 2020*

Pictured Above: Pablo Brescia, one of the six members of **USF Tampa's** College of Arts and Sciences Diversity Committee, is a professor of Latin American literature and culture.

*Courtesy of USF*

By Sophie Ojdanic and Catherine Hicks

All six members of the Diversity Committee at USF Tampa's College of Arts and Sciences have resigned in a scorching letter to President Steve Currall, Provost Ralph Wilcox and Arts and Sciences Dean Eric Eisenberg.

The letter came from former Diversity Committee (DC) chair Pablo Brescia, a professor of Latin American Literature and Culture.

"Given that the task of the DC requires us to publicly acknowledge if and when voices are being ignored, the members of the DC have decided we are no longer able to fulfill our duties and thus must hereby resign," Brescia said in the letter. **(Read the full letter below.)**

This letter comes at an awkward moment for Currall and his administration, just a month after a **statement from Currall** pledged to increase diversity and inclusivity at the university.

"The DC is disappointed that the voice representing the largest college in the university is being silenced, ignored or 'mediated,'" Brescia said in the letter. "Neither the Office of the President nor the Provost Office have addressed the action plan proposed (by the committee in June) or even acknowledged receipt. This is a cause for concern. As it was stated in our various meetings, USF cannot afford to keep doing the same regarding diversity and inclusion.

"Our effort to engage with the USF administration at multiple levels has ultimately led to a reassertion of an academic hierarchy that reinforces, rather than reduces, the 'hush culture' at USF," the letter said.

Michelle Hughes Miller, a professor in the Women's and Gender Studies department, was another one of the DC members to resign.

"I am proud of the work of the (College of Arts and Sciences) Diversity

Committee this year, particularly the implementation of the Diversity Liaison program," Hughes Miller said in an email to *The Crow's Nest*. "I am disappointed that our Committee was essentially told to stay in our place and follow the chain of command at USF."

Sociology professor and former committee member Beatriz Padilla called her time on the committee a "privilege."

"It has certainly been a learning experience," Padilla said in an email to *The Crow's Nest*. "We took our job seriously and from the beginning mapped what had been done previously, where we were standing and what could be done in the future to improve the experience of blacks and minorities as students, faculty or staff.

"The fact that the President of USF acknowledged in a public statement the existence of systemic racism created a good moment to act and implement meaningful changes. However, as DC, we were not provided answers (mainly data) that would allow us first to map the situation and then make further recommendations at the college level (useful also for USF overall), which was part of our duty."

According to Hughes Miller, Eisenberg has not responded directly to her, but has emailed members of the College of Arts and Sciences' faculty council, of which she is a member.

Eisenberg's message to the council on how to proceed said, "it would appear that the committee was so disappointed by this guidance that they chose to resign in unison… While I am genuinely surprised by this action, it is of course their right to do so."

Hughes Miller saw this message as Eisenberg misunderstanding the DC's decision to resign.

"I do not believe he fully understood our decision nor the reasons behind it," she said.

In a telephone interview with *The Crow's Nest*, Eisenberg described the situation leading up to the DC's resignation.

"After George Floyd was murdered, the university and the general population

was really angry and wanted to come up with ways to address systemic racism, so (the committee) put together 10 action recommendations that were very broad but had lots of great urgency and great passion," Eisenberg said. "Instead of sending (the recommendations) to me, which is what they usually do, they sent it to the president." The DC's proposed action recommendations can be found **here**.

Currall, according to Eisenberg, did not respond immediately in order to allow time for the university to build a "coordinated response."

"Rather than a meeting with the president, I said, 'Let's do a committee sit-down,' and (the committee) did not take it well," Eisenberg said. "It was meant as us wanting to do it as a coordinated response."

Eisenberg also commended the "urgency and passion" of the committee.

"I think emotions are so high that we have to make sure we aren't losing coming up with something real over something quick," he said.

Last month Currall appointed administrator Haywood Brown to USF's executive leadership council and named professor Elizabeth Hordge-Freeman senior adviser to the president and provost on diversity and inclusion.

Hordge-Freeman had authored a call to action signed by 88 black professors earlier in the summer.

"I am very excited about this opportunity and impressed by the significant steps that both President Currall and Provost Wilcox have already taken to promote anti-racism, equity, and access at USF," Hordge-Freeman said in an email to *The Crow's Nest* shortly after her new appointment.

In response to the letter of resignation, Hordge-Freeman told Brescia in an email: "I am so sorry that the process arrived to this point. Given how much I know you all care about anti-racism and how well you conceptualized the letter, my goal is to make sure your incredible work gets put to use.

"I value the work of your group, and I also hope to facilitate more positive relationships between faculty and administration."

Currall's statement last month also announced an increase in outreach to

black students, the strengthening of relationships between the university and the black community and an allocation of $500,000 for research projects on the concept, origin and consequences of systemic racism.

Despite the resignations, Eisenberg said, the university is "still committed to making these changes.

"It was a surprise, but it's not going to deter us."

### 'This is a cause for concern'

Dear Dr. Currall, Dr. Wilcox and Dr. Eisenberg:

The new College of Arts and Sciences Diversity Committee (DC) formed in the Fall of 2019. In one year, building on previous DC's work and after meeting with representatives from several USF diversity related offices, we implemented a Diversity Initiative for CAS departments and Institutes DC consisting of:

**1-Selection of a departmental "Diversity Liaison" (DL) with whom the DC can share information and work to enhance diversity and inclusion in the college.**

**2-Meetings among the DLs once a semester and meetings between the DLs and the DC once a semester.**

**3-Diversity information/training for all DLs and Department chairs received once a year.**

**4-Brief summary of departmental activities regarding diversity and inclusion in CAS Department chairs' annual reports.**

**5-Resources made available by CAS a (*i.e.* funds, staffing) to academic units to enhance diversity and inclusion efforts.**

**6-Incentives provided by CAS (recognition-based and/or resource-based) to departments that are making special efforts towards the promotion of diversity and inclusion.**

The Dean's Office approved the initiative. The DC was engaged in advancing

Diversity committee resigns in stinging rebuke of administration • Crow's Nest at USF St. Petersburg      1/20/20, 12:36 PM

it during Spring 2020 when the COVID-19 pandemic was declared and then the killing of African American citizens across the US generated intense public protests and reactions from various institutions. The DC asked CAS to take a stand on diversity and against racism at USF; in turn, Dean Eisenberg requested actionable items from us. We created a 10-point action letter sent to several members of the administration on June 16, 2020 (attached). Subsequently, during the summer the DC met with Senior Staff from CAS Dean's Office, Dr. Haywood Brown, USF's Vice President of Institutional Equity, and the newly appointed Senior Advisor on Diversity and Inclusion, Dr. Elizabeth Hordge-Freeman to discuss these action points and push for implementation. Throughout this time period, we continued to receive and respond to questions from our newly appointed departmental Diversity Liaisons.

Recently, the DC requested to meet with President Currall. He, in turn, met with Provost Wilcox and Dean Eisenberg regarding such request. The DC then received a message from Dean Eisenberg stating: "We feel that the institutional strategy will be more coordinated, meaningful and sustainable if we work through existing structures (Dean's Office, Faculty Senate) and university-wide mechanisms than pursue multiple one-off meetings, unit-by-unit, with executive leadership."

The DC met to discuss the situation. We acknowledge that USF is dealing with several problematic events (*e.g.,* consolidation, pandemic, budget) and that initial steps have been taken regarding diversity, inclusion, and anti-racist policies. Nevertheless, transparency and accountability about these steps is lacking, with few faculty, staff or students aware of these initial steps or their relative effect on racism within USF. Further, the DC is disappointed that the voice representing the largest college in the university is being silenced, ignored or "mediated". Neither the Office of the President nor the Provost Office have addressed the action plan proposed or even acknowledged receipt. This is a cause for concern. As it was stated in our various meetings, USF cannot afford to keep doing the same regarding diversity and inclusion.

The DC has no knowledge of an "institutional strategy" for a coherent, organic USF-wide initiative to address diversity, inclusion and anti-racism. If there is one, the DC has not been included in it; for instance, we have not been invited to the recently created USF Research Task Force on Understanding and Addressing Blackness and Anti–Black Racism. The DC has been told

that "many things are happening" and that "there are 13 colleges at USF". The DC would have been more than willing to discuss and integrate their diversity efforts. The DC also understands that, historically, the "existing structures" at USF mentioned in Dean's Eisenberg message once again have failed to address these issues. Our effort to engage with the USF administration at multiple levels has ultimately led to a reassertion of an academic hierarchy that reinforces, rather than reduces, the "hush culture" at USF.

The DC represents the faculty of the college, but also considers itself beholden to the college's staff and students and the entire campus community. CAS can lead in implementing a concrete, robust action plan, and our letter dated June 16 was a step in that direction. In order to follow through with such plan, the DC needed the information requested in the letter that speaks to the present and past records of USF and CAS regarding diversity and inclusion. No such data have been provided.

The DC's charge is to advise "the Dean and the Faculty Council concerning diversity in the composition of the programs and personnel of all units within CAS." Given that the task of the DC requires us to publicly acknowledge if and when voices are being ignored, the members of the DC have decided we are no longer able to fulfill our duties and thus must hereby resign.

As a final statement, we'd like to point out the inappropriateness of invoking "business as usual" in this unprecedented moment for action, the silencing through institutionalization and hierarchy and the failure of several offices to acknowledge diverse voices in their racialized decision-making.

It is our hope that the administration earns the trust of incoming Diversity Committee members who will then be able to more effectively advocate for the faculty, staff and students of the college and the university.

Thank you,

Pablo

Dr. Pablo Brescia

Dr. Daniel Cruz-Arellano

Dr. Michelle Hughes Miller

Dr. Gary Lemons

Dr. Beatriz Padilla

Ms. Kristine Yurek

This story is ongoing. Stay with crowsneststpete.com for updates.

Aya Diab contributed to this report.


**Editor's Note**

This article was edited on Sept. 9, 2020, to provide further comment from Hordge-Freeman, Eisenberg, Hughes Miller and Padilla.

👍 +12  👎 0

Post Views: 1,797

Written by: **Sophie Ojdanic** on September 9, 2020.
Last revised by: **Aya Diab** September 10, 2020.




# Leave a Reply

Your email address will not be published.
Required fields are marked *

Comment

Name *

Email *

Website

**Post Comment**

Exhibit 18

What is it like to be Black at USF? The protests have people talking.

7/14/20, 2:14 AM

**Tampa Bay Times**   NEWS   SPORTS   OPINION   LIFE & CULTURE   FOOD   LONG READS   🔍   SUBSCRIBE   Log in

ADVERTISEMENT

Our coronavirus coverage is free for the first 24 hours. Find the latest information at tampabay.com/coronavirus. Please consider subscribing or donating.

NEWS / EDUCATION

# What is it like to be Black at USF? The protests have people talking.

Tampa Bay's hometown university has been ranked for serving students of color. But many, including school officials, say USF needs to do much better.

   



USF students and members of Tampa Bay Students for a Democratic Society protested earlier this month outside the home of university president

What is it like to be Black at USF? The protests have people talking.

7/14/20, 2:14 AM

Steve Currall, urging the school to increase Black student enrollment. "The university operates as a classist bubble," organizer Gareth Dawkins said.
[LUIS SANTANA | Times]

By **Divya Kumar**

Published Yesterday
Updated Yesterday

ADVERTISEME

The chart can be found on page 10 of a study that looked at nearly 700 colleges and universities in the United States. "Top-Performing Institutions for Black Students," the heading says.

In 2017, the University of South Florida came in at No. 6 on that list, one of few schools that had narrowed the gap between Black and white students to almost zero when it came to graduation rates. In a category where Black college students typically trail their white peers by 20 percentage points, it was a stunning moment that USF still wears as a badge of honor.

Other "points of pride" are the university's No. 4 ranking last year among public institutions for reducing inequalities, and this year's *U.S. News and World Report* ranking that puts USF at No. 9 for promoting social mobility among lower-income students.

ADVERTISEMENT

Yet as protests against racial inequality enter their eighth week, with many USF students joining daily marches, national rankings that portray the school as a great place for Black people are not matching the mood.

The Black Student Union and at least three faculty groups have sent letters to USF president Steve Currall with urgent calls to rid campuses of systemic racism. They've put forth lists of recommendations — from fairer hiring practices and more culturally diverse courses, to examining the role of university police and working harder to attract Black students and faculty.

Currall and Haywood Brown, the university's chief diversity officer, have sent their own message, touching on many of the same issues and

7/14/20, 2:14 AM

pointing to USF's strengths, while promising action.

The theme of these early exchanges has been that USF can do better.

The university could start by increasing Black enrollment, said Gareth Dawkins, an organizer with Tampa Bay Students for a Democratic Society, which last year held rallies and launched email campaigns in favor of such a push.

Ten percent of USF's student population was Black last school year — down from 2008-09, when Black enrollment hit its apex at 12 percent.

Dawkins said the university has a responsibility to do a better job of engaging with the neighborhoods around its Tampa campus, which are low-income and nearly 28 percent Black, according to U.S. Census data. Those areas also are lacking in educational opportunities.

ADVERTISEMENT



"*They have been a gentrifier,*" Dawkins said of USF. "*The university* operates as a classist bubble."

In an interview with the *Tampa Bay Times*, Currall said he is listening.

"We want Black students and prospective Black students to have a sense of community and belongingness," he said.

What is it like to be Black at USF? The protests have people talking.



USF president Steve Currall has proposed changes at the school and says he's listening as others put forth their ideas in the wake of the recent protests. But he's also eager for the next phase, he said. "We really need to be focused on actions." [Times (2019)]

In his statement to the university community, he outlined plans **to** develop programs on cultural awareness of attitudes and behav**iors** toward race, analyze pay equity and hire a more diverse array of **suppliers** doing business with USF.

Learn more about state and local schools with Gradebook

Get the latest on education issues by signing up for Jeffrey S. Solochek's free, weekly newsletter.

TYPE YOUR EMAIL ADDRESS HERE

SIGN UP

Find all our newsletters

He said he wants increased creativity in recruiting efforts for **students** and more scholarships. He also hopes to leverage the alumni netw**ork** to create more mentorship opportunities for Black students that **could lead** to jobs and internships.

Another way the university could act is by dropping testing requir**ements** such as the ACT or SAT, Dawkins said. She and others argue that **those** exams do not reflect the talents and abilities of students across **the** socioeconomic spectrum.

But not all agree.

A D V E R T I S E M E N T



Emmanuel Harvey, president of the Black Student Union at USF, said there are better ways to boost Black enrollment.

The university should be recruiting more local high school students and creating a more inclusive environment for Black students on campus.

"It's diverse, but it's not a welcoming place," Harvey said. "It's not anti-racist."

He said he's heard students called the n-word outside the library. He's seen people spit on the campus bust of Martin Luther King Jr. He saw a sign saying "It's OK to be white," a phrase co-opted by white supremacists, according to the Anti-Defamation League.

Being one of the few Black students in non-Black settings is "draining," Harvey said. "It leaves Black students feeling like they have to do the work of educating everyone around them."

Dawkins agreed. From offensive comments that go unaddressed in classes to memes describing the nearby Fletcher Avenue area as "sketchy Fletcher," Black students are often presented with a dilemma, she said.

Should it always be her role to respond when someone denigrates an impoverished area that many Black people call home? Not speaking up leaves you feeling guilty, Dawkins said, while feeling the need to speak up all the time leaves you tired.

Nicholas Stewart, who graduated this summer, started a petition along with Valentina Morales to require all USF students to take a course on racial and ethnic studies or gender and sexuality. Stewart said the lack of Black people on campus creates a troubling feeling.

A D V E R T I S E M E N T

What is it like to be Black at USF? The protests have people talking.                                   7/14/20, 2:14 AM



"Seeing (Black) people in positions of faculty and leadership shows me ... they care about getting me to a place where I can pursue what I want and be myself," said Nicholas Stewart, a recent USF graduate. [Courtesy of Che Davis]

"There's power in community," he said. "People need people like **them** to have that 'ahh' moment, like taking off your shoes after a long **day.**"

Stewart said many times he was the only Black student in class.

"I have the pressure of being the model minority, which is problematic," he said. "You can't be yourself. Because your interactions then become representative of the whole community. You don't want to say something and then people will be like, 'Oh there goes the Black guy.'"

Having more Black faculty members is also important, he said.

"When you find a Black faculty member it's like 'Oh my God! I found one!'" Stewart said. "Seeing students is one thing. But seeing people in positions of faculty and leadership shows me they don't care about me as a statistic but that they care about getting me to a place where I can pursue what I want and be myself."

A June 8 letter to Currall from 88 Black faculty and staff members called for a greater focus on faculty recruitment and retention.

ADVERTISEMENT

RELATED: USF hears from black faculty, staff: Do more to end systemic racism

According to the 2019 annual report from USF's Office of Diversity, Inclusion & Equal Opportunity, 4 percent of tenured faculty were Black in 2018. Black employees made up 7 percent of tenure-track faculty, 5 percent of the non-tenure track faculty and 9 percent of adjunct faculty.

A recent faculty union newsletter pointed out that USF this year had a 57 percent retention rate for Black professors who had been at the school since 2008, compared to 64 percent for white peers. The rates for instructors were more even — 48 percent for white instructors compared to 47 percent for those who are Black.

"Retention at USF is generally problematic, so perhaps retention itself is something USF should focus on — while keeping a sharp eye on how female and minority faculty are doing," the newsletter said.

Kris Newsome, president of the Black Faculty and Staff Association, said he's heard about faculty members at USF who went up for tenure multiple times and were denied, but got it after leaving the university.

What is it like to be Black at USF? The protests have people talking.

7/14/20, 2:14 AM



"If you go to the USF website and look at who's in charge, a lot of the pictures look alike," said Kris Newsome, president of the Black Faculty and Staff Association. [University of South Florida]

ADVERTISEMENT

He said he knows of instances where colleagues have questioned a Black faculty member's promotion by asking if the reason was their race.

"We want to be creating a culture where people are not terrorized for being promoted," Newsome said.

Brown, the diversity officer, said he wants to know if someone feels like they can't grow at USF before they leave. He said the university wants to focus on retention, including conducting exit interviews with people leaving.

"I'm all for people leaving for upward mobility," he said. "But I don't want them to move if it's lateral because they're not comfortable with the environment here. ... If you're going to a place for less money and to be cold, you really must not be feeling very supported."

The issues are not unique to USF, he said, but opportunities for **faculty** development and creating a culture of mentorship for women and minorities is something he and Currall will be focused on, Brown **said.**

"It's also important to see who's doing the mentoring, who's doing **the** advising, who's interested in retaining them here."

Since protests following the death of George Floyd, the university has been hosting virtual listening sessions across each campus with Black faculty, staff and students.

But getting change to take hold can be a challenge at a university with nearly 52,000 students and more than 16,000 faculty and staff.

ADVERTISEMENT



Haywood L. Brown [University of South Florida]

"Not everybody gets the message that **having** diversity is important," said Brown, who **is** Black. "The president and I can say 'It's important, it's important, it's important.' **But** when it comes down to it, how import**ant is** it to department chairs and college deans **to** diversify their core team if they think, 'Well, we're doing pretty well?'"

Newsome said he hopes USF will consider diversifying top leadership positions as **a** message to all students, who will make **up the** next generation's workforce and leaders.

"If you go to the USF website and look at who's in charge, a lot of the pictures look alike," he said.

Newsome said most Black faculty and staff on campus mentor several Black students. But more formally, the Black Faculty and Staff Association runs a mentoring program that has been around since the 1970s. That's how Newsome came to mentor Stewart, who graduated with a degree in geology.

Stewart said he initially wondered what Newsome, who worked **in** Campus Recreation, could teach him. But he found in him a men**tor who** guided him through his junior year.

What is it like to be Black at USF? The protests have people talking.                    7/14/20, 2:14 AM

A D V E R T I S E M E N T

Stewart said he enjoyed his experience at USF but sometimes wondered if he should have attended a historically Black college or university.

"That community and that energy, I think it would be like Black heaven," he said. "But that sense of being free to be yourself should be here at USF. I don't want to be wondering 'How much Blackness can I bring today?' 'Did I say something that was too Black?'"

While it's important for the university to listen, Currall, who is white, said he's eager to move to the next phase. "We really need to be focused on actions," he said.

Growing up in the early 1960s, he said his father was a mental health social worker with diverse colleagues. Black families were among friends in their social circle, he said, and his parents took him to marches as a 10-year-old after the assassination of Martin Luther King Jr.

"It was a valuable part of my upbringing," said Currall, who is 61. "I'm not claiming it gave me any expertise, but I did benefit from those relationships very early on. Those are experiences that at least help me listen."



Matthew Wheat chants on a megaphone in front of USF's Lifsey House, where president Steve Currall resides. The July 2 protest by Tampa Bay Students for a Democratic Society and USF students called on the university to increase Black enrollment. [LUIS SANTANA | Times]

A D V E R T I S E M E N T

Brown said the conversations and listening sessions are designed to
move USF beyond a posture of reacting.

He said he understands the frustrations of Black faculty and staff wanting
to see action sooner. He's had the same conversations with his sons.

"In the environment we live, you have to give 120 percent compared to
maybe your white friend who gives 90 percent," Brown said. "It may not
be fair, but you have to mentally adapt."

Harvey, the Black Student Union president, said many leaders of the
protests taking place this summer are USF students and graduates. It's
important, he said, that they return to a university that is actively anti-
racist.

"We're Gen Z; this is the generation of social change," Harvey said.
"We've never known an America that's been stable. ... Our generation, we
don't want to grow up and become adults in this society. We don't want
to get comfortable."

**UP NEXT:**  Officer on leave while USF police investigate racist social media account



**DIVYA KUMAR**
Higher education and Nonprofits reporter

132

Exhibit 19

### **The Data**

Plaintiff asserts there is statistical evidence of employment discrimination. While statistical evidence is not probative unless it satisfies the statistical significance rule, it supports the inference that Dosal's practice has a significant effect on limiting the employment opportunities of plaintiff's protected class. With regard to Dosal's use of direct appointments, there is a gross statistical disparity to support the prima facie case. This is evident by the "inexorable zero" of the total absence of blacks or African-Americans and black women that have held the position at issue (i.e. Assistant Vice President of Enrollment Planning); the "inexorable zero" of blacks directly appointed to director positions and higher in Academic Affairs, which houses Student Success; and the "inexorable zero" of blacks directly appointed to director positions and higher within Student Success itself. *See* Tables 2, 3, and 4 below.  It is also evident of adverse impact when applying the four-fifths rule for selection procedures as well as the standard deviation rule in determining disparate impact to determine whether observed differences in racial, gender, or intersectional composition of an employer's workforce.

## **Charts.**

Description: Below is a count of reclassifications between September 1, 2009 and August 31, 2014 of filled Administration and Executive Service positions to the Director level or above. Note that the data originates from USF Human Resources.

**TABLE 1** includes the employees reclassified to director or above at Tampa only; excludes employees appointed to USF St. Petersburg, USF Lakeland and USF Sarasota-Manatee. This shows that plaintiff's classification of black female comprises approximately **1.5%** of the reclassifications for director level or higher positions.

TABLE 1 – RECLASSIFICATIONS SEPT 2009 to AUG 2014 DIRECTOR OR ABOVE ON THE TAMPA CAMPUS

| Count of IDs | Ethnicity | | | | |
|---|---|---|---|---|---|
| Gender | Asian | Black | Hispanic | White | Grand Total |
| Female | 1 | 1 | 4 | 33 | 39 |
| Male | | 3 | 5 | 20 | 28 |
| Grand Total | 1 | 4 | 9 | 53 | 67 |

**TABLE 2** includes only employees in Academic Affairs (Tampa), which houses Student Success and the Office of the Registrar, and is the division in which Paul Dosal and Angela DeBose work. This chart provided by USF Human Resources does not include the other VP areas which reported to the Provost – Information Technology and Student Affairs. It shows the "inexorable zero" or nonexistence of blacks reclassified to director level positions or higher.

TABLE 2 – RECLASSIFICATIONS SEPT 2009 to AUG 2014 DIRECTOR OR ABOVE IN ACADEMIC AFFAIRS TAMPA CAMPUS

| Count of IDs | Ethnicity | | |
|---|---|---|---|
| Gender | Hispanic | White | Grand Total |
| Female | 2 | 8 | 10 |
| Male | 2 | 6 | 8 |
| Grand Total | 4 | 14 | 18 |

TABLE 3 represents the number of direct appointments of internal USF employees (Tampa Campus Academic Affairs), director level and higher, without a search by ethnicity and gender for the last 5 years. The data provided by Human Resources excluded Student Success. This chart shows that no blacks were directly appointed to higher level positions. If hired, they were presumptively required to go through a search and screening process.

TABLE 3 – DIRECT APPOINTMENTS OF INTERNAL USF EMPLOYEES TO DIRECTOR LEVEL AND HIGHER POSITIONS, WITHOUT A SEARCH ACADEMIC AFFAIRS TAMPA CAMPUS

| Sex | Ethnic | | VP Area and College/Division |
|---|---|---|---|
| Gender | White | Hispanic | Acad Affairs |
| Female | 7 | 1 | 8 |
| Male | 2 | 0 | 2 |
| Total | 9 | 1 | 10 |

135

TABLE 4 represents **the number of direct appointments of internal USF employees in Student Success**, director level and higher, without a search by ethnicity and gender for the last 5 years. **No blacks were directly appointed to higher level positions.**  If hired, they were presumptively required to go through a search and screening process.  Three whites, two white females and one white male, were directly appointed to directorships following the termination of the former AVP.

TABLE 4 – DIRECT APPOINTMENTS OF INTERNAL USF EMPLOYEES IN STUDENT SUCCESS
ENROLLMENT PLANNING & MANAGEMENT

| Sex | Ethnic | | VP Area and College/Division Acad Affairs |
|---|---|---|---|
| Gender | White | Hispanic | |
| Female | 3 | 0 | 3 |
| Male | 2 | 1 | 3 |
| Total | 5 | 1 | 6 |

TABLE 5 – STANDARD DEVIATION

| | |
|---|---|
| Sample Standard Deviation, s | 11.831404940122 |
| Variance (Sample Standard), $s^2$ | 139.98214285714 |
| Population Standard Deviation, σ | 11.06726592253 |
| Variance (Population Standard), $\sigma^2$ | 122.484375 |
| Total Numbers, N | 8 |
| Sum: | 67 |
| Mean (Average): | 8.375 |

TABLE 6 - CONFIDENCE INTERVALS, IF NORMAL DISTRIBUTION

| Confidence Level | Range |
|---|---|
| 68.3%, σ | -3.456404940122 - 20.206404940122 |
| 90%, 1.645σ | -11.087661126501 - 27.837661126501 |
| 95%, 1.960σ | -14.814553682639 - 31.564553682639 |
| 99%, 2.576σ | -22.102699125754 - 38.852699125754 |
| 99.9%, 3.291σ | -30.562153657941 - 47.312153657941 |
| 99.99%, 3.891σ | -37.660996622015 - 54.410996622015 |
| 99.999%, 4.417σ | -43.884315620519 - 60.634315620519 |
| 99.9999%, 4.892σ | -49.504232967077 - 66.254232967077 |

## Column Chart of the Values



0 – Asian Females

1 – Black Females

2 – Hispanic Females

3 – White Females

4 – Asian Males

5 – Black Males

6 – Hispanic Males

7 – White Males

## **Analysis.**

A prima facie case under the disparate impact theory may consist of statistics which evidence a disparity between whites and nonwhites and identification of specific employment practices and a demonstration of how each contributed to the statistical disparity. The proper statistical comparison is between the racial composition of the qualified population in the relevant labor market – that is between the racial composition of the qualified persons in the labor market and the persons holding at-issue jobs. This is the usual initial inquiry in a disparate impact case. *Wards Cove Packing Company, Inc. v.*

*Atonio,* 109 S.Ct. 2115, 2121-2125 (1989). However, the *Wards Cove* analysis only applies so long as there are no barriers or practices deterring qualified nonwhites from applying for the at-issue positions. *Id.*

Here, in the instant case, the percentage of selected applicants who are nonwhite is nonexistent or significantly less than the percentage of applicants who are white because the employer's selection mechanism (i.e. use of position reclassifications and/or direct appointments to promote white internal employees by Paul Dosal) does in fact operate as a barrier to know even the very existence of the job opportunity and operates with a disparate impact on minorities.

Should the plaintiff prove a *prima facie* case as outlined above, the case then shifts to an analysis of the business justification offered by the employer for the use of the particular practice. The dispositive issue at this stage is whether a challenged practice serves, in a significant way, the legitimate employment goals of the employer. In this phase, the employer carries the burden of producing evidence of a business justification for his employment practice. *Id.*

Plaintiff states the statistics reflecting the defendant's general policy or practice can be helpful in determining whether race was a factor in a particular selection decision. Plaintiff's allegation of disparate impact discrimination is bolstered by evidence that the selection rate of qualified Black applicants is non-existent or significantly below the selection rate of qualified applicants of other races for reclassification or direct appointment, or that Blacks are significantly underrepresented in the employer's selection from a qualified internal pool. This statistical evidence is also important to demonstrate that Student Success, Academic Affairs has a systemic "pattern or practice" of discriminating.

A systemic pattern or practice of intentional discrimination involves statistical and/or other evidence that demonstrates that discrimination is standard operating procedure or the regular rather than the unusual practice. For example, in the charts above, not one of the 18 jobs filled during a five-year period in Table 2 went to a single qualified Black/African American person. It would be difficult to identify any nondiscriminatory factor that reasonably might be said to account for this disparity. This disparity is "statistically significant," which means that it is unlikely to have occurred by chance. The statistical disparity is shown in other data as well.  It is not just significant but perhaps gross and therefore establishes a pattern or practice because such "inexorable zeros" exist.

**<u>Summary of Results.</u>**

The data reveals there is a practice that African Americans are not considered or selected for high level positions in Academic Affairs, Student Success.  Perhaps, this is because of the stereotypical view (or intentional bias) that those positions are considered nontraditional for African Americans.  There is a stereotypical assumption (or intentional bias) in Academic Affairs, Student Success that blacks or African Americans in high level positions cannot successfully perform in these high level positions because such positions are considered nontraditional for them. Paul Dosal's decisions seem to have been motivated by intentional bias that Academic Affairs has permitted and perpetuated. Though provided the opportunity, Paul Dosal did not take steps to change or remedy any of his biased decision-making.

With regard to compensation discrimination, of the discretionary salary increases Dosal has approved for Student Success Directors, DeBose's increases are farthest from the mean. This is true despite exemplary performance ratings, seniority in terms of longevity, and achievement

of goals. The standard deviation here is not close to zero or within one standard deviation of the mean, a common metric to determine compensation equity.

The salary and promotion decisions highlighted by the data perpetuate pattern-and-practice discrimination and institutional racism that is pervasive and perpetual at USF—particularly in professional, faculty, and executive leadership positions. African-Americans are excluded from upper or high level positions. Dosal's inequitable actions are illegitimate, discriminatory, and symptomatic of the institutional discrimination within Academic Affairs/Student Success. DeBose asserts that a statistical investigation will give the strong inference that a racial motivation exists—that the defendant's employment practices cannot be justified as job related and consistent with business necessity since the data shows along all prongs that Whites have been promoted or advanced more often than similarly qualified Blacks/African Americans, who were not fortunate enough to be "hand-picked" or given even a remote opportunity for selection.

Plaintiff's subjective view and the data's objective view make the discrimination apparent and obvious. Both the facts of this case and the data are conducive to current statistical and legal analysis to prove disparate impact discrimination. Title VII forbids not only recruitment practices that purposefully discriminate on the basis of race but also practices that disproportionately limit employment opportunities or equal access to jobs based on race and not related to job requirements or business needs. The evidence demonstrates that white employees were promoted or directly appointed to higher level positions without a search while no blacks received such opportunities. These statistics are adequate to support an inference that the employment decisions were based on discriminatory race-based criterion. Other than the statistics, there is also direct and indirect

evidence of discriminatory intent.  In assessing likelihood of success, the district court should bear in mind the substantive law of employment discrimination: Title VII of the Civil Rights Act of 1964, 42 U.S.C. Sec. 2000e et seq., not only forbids overt and intentional discrimination; it also prohibits discrimination resulting from acts that are facially neutral but have a "disparate impact." *International Bhd. of Teamsters v. United States*, 431 U.S. 324, 335 n. 15, 97 S.Ct. 1843, 1854 n. 15, 52 L.Ed.2d 396 (1977).

The data provided are additional proofs that support the plaintiff's claims of unfair, racially-biased, discriminatory employment practices within Academic Affairs, Student Success. Academic Affairs, Student Success comprises a substantial part of the USF enterprise in terms of budget, human resources, and strategic imperatives. It should be disturbing that Academic Affairs, Student Success has made a practice and pattern of racism in employment decisions that could as easily develop in Enrollment Planning and Management decisions to limit access to higher education opportunities at USF for students and faculty who belong to certain racial and ethnic minorities.

Exhibit 20



Florida's anti protest
politicians shift their tone for
Cuba protesters | editorial



5 Central Florida restaurants
shut down last week, Orange
County leads the way in

Mount Dora man shot d
sheriff's office drone
'harassing' him, sheriff's



ADVERTISEMENT





SAVE NOW

ADVERTISEMENT

University of South Florida leaders admitted they misused $6.4 million in state funds on a building completed in 2010, much as their counterparts at the University of Central Florida did on a building that opened earlier this year. (Photo from the University of South Florida)

University of South Florida leaders admitted they misused $6.4 million in state operating funds on a building completed in 2010, much as their counterparts at the University of Central Florida did on one that opened earlier this year.

USF officials made their admission Friday in response to an inquiry prompted by UCF's acknowledgment in September that it used $38 million in operating funds to build Trevor Colbourn Hall, a violation of state rules.

ADVERTISEMENT

The Board of Governors, which oversees the state university system, asked all institutions to confirm that facilities built since July 1, 2008, had been constructed using funds from appropriate sources.

USF was the only institution, aside from UCF, that said it had used money from an incorrect source on a new building. The $21.7-million Patel Center for Global Solutions was mostly built using private

LATEST EDUCATION

donations, which is allowed, but USF used $6.4
million that was intended for other university needs
on the project.

**PAID POST**                     What Is This?



### Miami,Florida Launches New Policy For Cars Used Less Than 49 Miles/Day ↗

Drivers With No Tickets In 3
Years Should Do This On July

**SEE MORE**

Sponsored Content by Comparisons.org



**Face** masks
**are** optional
**for** Orange
County
schools for
2021-22,
board
decides

5h



Teachers,
principals to
get $1K
bonuses in
August, Gov.
DeSantis
says, as he
highlights
civics
education
plan in
Orlando

JUL 13, 2021

ADVERTISEMENT

The decision to misuse state funds was due to "an
administrative oversight and misunderstanding
about the proper use of carryforward funds," wrote
David Lechner, senior vice president for business
and financial strategy at USF, in a letter addressed
to state university Chancellor Marshall Criser III.

"The primary reason for the funding change
appears to be that after the building was underway,
significant, pledged private funds failed to
materialize notwithstanding a signed and binding
pledge for same," Lechner wrote. "Those funds are
still outstanding since the signed pledge has yet to
be honored."

**You**        Sponsored Links by Taboola
**May**
**Like**

**These Cars Are So Loaded**
**It's Hard to Believe They're...**

**5 Years From Now, You'll Probably Wish You'd...**

**New Acura's Finally On Sale**

**Tommy Chong: Stop Wasting Your Money On CBD**

ADVERTISEMENT

The misused funding now been replaced with money from other sources, he wrote. The university's review of construction projects stretched back to 2003 and found no other instances of construction projects built with misspent money.

No USF employees have been disciplined as a result of this matter, spokesman Adam Freeman wrote in an email. The university's Board of Trustees met earlier this week to discuss the matter and will conduct an independent review, he said.

The Patel building, located on the university's main campus in Tampa, houses a wide range of programs, including the Patel College of Global Sustainability, which offers degree programs in areas such as sustainable transportation, tourism and energy.

It's unclear what consequences USF might face from the Board of Governors, which is meeting this week at Florida Atlantic University in Boca Raton. The board lambasted UCF in September after the Florida auditor general discovered the university

**MOST READ · NEWS** >

Feds charge 4 in Manhattan with plotting to kidnap a US journalist and human rights activist, 4 others

2h

Democratic senators announce $3.5 trillion budget agreement



2h

had used operating dollars to build Trevor Colbourn Hall.

Members of the UCF Board of Trustees, as well as President Dale Whittaker, said they didn't know the construction was funded using money from an inappropriate source. Whittaker said former Chief Financial Officer Bill Merck, who resigned in September, took "full and immediate responsibility" for the decision after the Auditor General uncovered it.

About two weeks later, during a Board of Trustees meeting, Whittaker said the university realized it had misspent an additional $10 million on smaller projects. UCF says it has repaid all of the money that was used inappropriately from other sources.

*anmartin@orlandosentinel.com or 407-420-5120*

Other universities confused about proper uses of operating dollars, UCF board chairman says »

Hundreds blocked Semoran Boulevard in Orlando at Cuba protest before police force them to sidewalk

2h



EDUCATION

Education

JUL 25, 2016 AT 2:56 PM

Colleges and Universities  Education  University of South
Florida  University of Central Florida



### Annie Martin
Orlando Sentinel     CONTACT         

Annie Martin covers higher education. A
Washington state native, Annie graduated from
Northwestern University's Medill School of
Journalism. She previously worked for the Daytona
Beach News-Journal and the Battle Creek Enquirer
in Michigan. Annie is an avid runner and reader.
She loves exploring all of Florida's natural wonders.

# Orlando: Startup Is Changing the Wa...

# 7 Mistakes Comfortable Retirees Know