UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOBBY SHED,

    Plaintiff,

v.                                      Case No: 8:22-cv-1327-KKM-TGW

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES, et al.,

    Defendants.
_____

## ORDER

On March 7, 2022, Plaintiff Bobby Shed, proceeding pro se, initiated this action by filing a complaint in the Northern District of Florida. (Doc. 1.) Since then, his case was transferred to the Middle District of Florida and this Court struck his complaint as a shotgun pleading several times. (Doc. 18; Doc. 29.) The Court has provided him several opportunities to amend his complaint to address the various pleading deficiencies. (Doc. 12; Doc. 18; Doc. 29; Doc. 39.) Shed also filed several motions and objections to the Court's orders, (Doc. 24; Doc. 27), which the Court resolved, (Doc. 26; Doc. 29).

Shed now moves to amend his complaint again to add various claims. Mot. To Am. Compl. (Doc. 55). Because the Court must "freely give leave when justice so requires," *see* FED. R. CIV. P. 15(a)(2), and Shed moved before the deadline to do so under the Case

Management and Scheduling Order, Shed's motion is granted and the Court accepts his attachment to the motion as his fifth amended complaint. The Defendants' pending motion to dismiss is denied as moot.

Shed also moved for emergency relief regarding a discovery motion, *see* Mot. (Doc. 50), along with a 111 page supplement to the motion (Doc. 51). Because the motion did not constitute an emergency, the Magistrate Judge allowed the usual number of days provided in the Local Rules for Defendants to respond. *See* Order (Doc. 52); Local Rule 3.01(c). Defendants timely responded and the motion is currently pending before the Magistrate Judge. Shed now moves for leave to amend the motion "by adding and analyzing additional authorities," to "request additional relief," and to combine the motion and supplement so that they comply with the Local Rules page requirements. Mot. at 2–4. To the extent Shed would like to amend his motion to include supplemental authorities, the Local Rules do not contemplate amendments for such purposes. *See* Local Rule 3.01(i). Instead, the Rules allow a party to file citations to new supplemental authorities only "without argument or comment." *Id.* Because this motion is already fully briefed and under advisement before the Magistrate Judge, Shed's request to amend amounts to a request to reply to the motion. A reply is unnecessary in this case, so the motion is denied. *See* Local Rule 3.01(d).

Accordingly, the following is **ORDERED:**

2

1. Shed's motion to amend his complaint (Doc. 55) is **GRANTED**.

2. The Clerk is **DIRECTED** to file the attachment to Doc. 55 as Shed's Fifth Amended Complaint.

3. Defendant's motion to dismiss (Doc. 41) is **DENIED as moot**. Defendants must respond to Shed's Fifth Amended Complaint by **April 12, 2023**.

4. Shed's motion (Doc. 54) to amend his pending discovery motion is **DENIED**.

**ORDERED** in Tampa, Florida, on March 22, 2023.

Kathryn Kimball Mizelle
United States District Judge

3