UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOBBY SHED,

    Plaintiff,

v.                              CASE NO. 8:22-cv-1327-KKM-TGW

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES, et al.,

    Defendants.
_____/

## ORDER

    THIS CAUSE came on for consideration upon the Plaintiff's Motion for Leave to File Under Seal (Doc. 88) and Response in Opposition, Motion for Protective Order, Motion to Quash (Doc. 95). Both motions will be denied as moot.

    In the first motion, the plaintiff has not met the standard set forth by Local Rule 1.11 to warrant sealing the various items. Moreover, as identified by the defendant, that motion appears to be moot in light of the previous hearing held on various discovery matters. Thus, that motion will be denied as moot.

    The second motion is, in fact, not a proper motion. Rather, it is the plaintiff's response in opposition to the Defendants' Motion to Overrule Objections and Compel Production of Subpoena Duces Tecum Without Deposition (Doc. 79), wherein he also requested a protective order and that the defendants' subpoena be

quashed (see Doc. 95). As an initial matter, I have already granted the defendants' motion (see Doc. 113). Moreover, if the plaintiff wishes to file a motion, he must do so separately and not in a response to a motion. Thus, that motion will be denied as moot as well.

It is, therefore, upon consideration,

ORDERED:

That the Plaintiff's Motion for Leave to File Under Seal (Doc. 88) and Response in Opposition, Motion for Protective Order, Motion to Quash (Doc. 95) be, and the same are hereby, **DENIED as moot**.

DONE and ORDERED at Tampa, Florida, this 13th day of July, 2023.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE