# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BOBBY SHED,

    Plaintiff,

v.   CASE NO. 8:22-cv-1327-KKM-TGW

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE came on for consideration upon the Defendants' Motions to Compel (Docs. 116, 117).

Recently, United States District Judge Kathryn Kimball Mizelle issued an order granting in part and denying in part the Defendants' Motion to Dismiss (Doc. 67) (see Doc. 121). In that order, Judge Mizelle dismissed all of the claims except for the claim against Murat Munkin in his individual capacity for violations of 42 U.S.C. § 1983, which is contained in Count III of the operating complaint (id., p. 9). Thus, Judge Mizelle's order effectively moots several of the discovery matters before the court.

While it appears that some matters in the defendants' motions are now moot, it is unclear whether other portions are as well. Thus, for instance, in the

Defendants' Motion to Compel (Doc. 116), they seek answers to interrogatories 1-14 of their First Set of Interrogatories. It appears that interrogatories 1-6 are now moot as they relate to counts dismissed by Judge Mizelle (see Doc. 116, pp. 1–8). Thus, the defendants shall file a supplement within 14 days of the date of this order indicating what portions, if any, of their pending motions are not moot in light of Judge Mizelle's order so that they may be resolved.

It is, therefore, upon consideration,

ORDERED:

That the defendants shall file a supplement **within 14 days from the date of this order** indicating what portions, if any, of their Motions to Compel (Docs. 116, 117) are not moot in light of Judge Mizelle's order.

DONE and ORDERED at Tampa, Florida, this 14th day of July, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE