**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**
**801 North Florida Avenue | Tampa, Florida 33602**

BOBBY SHED,
Pro Se Plaintiff,

vs.                                CASE NO. 8:22-cv-01327-KKM-TGW

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,
Provost Dwayne Smith, in his official and individual capacities,
Atty. Camille Blake, in her official and individual capacities,
Atty. Joanne Adamchak, in her official and individual capacities,
Dir. Deborah McCarthy, in her official and individual capacities,
Dean Moez Limayem, in his official and individual capacities,
Dean Jacqueline Reck, in her official and individual capacities,
Prof. Jianping Qi, in his official and individual capacities,
Prof. Ninon Sutton, in her official and individual capacities,
Prof. Scott Besley, in his official and individual capacities,
and
Prof. Murat Munkin, in his official and individual capacities,
Defendants.

<u>Notice of Appeal to a Court of Appeals From a Appealable/Order Judgment of a District Court</u>

Comes now Pro Se Plaintiff, Bobby Shed (hereinafter "Shed" or "Plaintiff") and files Notice of Appeal.

1

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
## 801 North Florida Avenue | Tampa, Florida 33602

Docket Number:  8:22-cv-01327-KKM-TGW

BOBBY SHED,
Pro Se Plaintiff,

v.

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,
Dwayne Smith, in his official and individual capacities,
Camille Blake, in her official and individual capacities,
Joanne Adamchak, in her official and individual capacities,
Deborah McCarthy, in her official and individual capacities,
Moez Limayem, in his official and individual capacities,
Jacqueline Reck, in her official and individual capacities,
Jianping Qi, in his official and individual capacities,
Ninon Sutton, in her official and individual capacities,
Scott Besley, in his official and individual capacities, and
Murat Munkin, in his official and individual capacities,
Defendants.

**NOTICE OF APPEAL**

**Notice Is Hereby Given** that Pro Se Plaintiff Bobby Shed hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment in this matter (Document #147 filed on 11-September-2023) along with the orders and matters that buttress the Final Judgment including (but not limited to): the Order that grants Judgment on Pleadings in favor of Defendant Murat Munkin and denies reconsideration of dismissed counts (Document #146 filed on 08-September-2023); the Order on Defendants' Motion to Dismiss (Document #121 filed on 10-July-2023); the Orders denying discovery to Plaintiff Shed and granting Discovery to Defendants (Document #134 filed on 10-August-2023); and other matters preserved by Objections filed by Plaintiff.

**Timeliness:** This Notice of Appeal is timely in that the District Court granted an enlargement of time for Plaintiff Shed to appeal. Please see Document #154 resetting Plaintiff Shed's appeal deadline to 13-November-2023.

**Filing Fees:** Filing fees for this present Notice of Appeals will be submitted to the Clerk's Office via mail or personal courier as instructed.

Most Humbly Submitted,

   Dated:  13-November-2023

  By:  /s/ Bobby Shed
     Bobby Shed
     4601 East Moody Blvd Unit E8-4
     Bunnell, FL 32110
     Phone: (386)235-0133
     Fax: 888-310-3591
     Email: ShedBobby@GMail.com with copy to BobbyShed@PM.ME

CERTIFICATE OF SERVICE

I hereby certify that on 13-November-2023, I filed the foregoing with the Clerk

3

of the Court which should cause the Defendants' attorney of record and additional Counsel to receive notification electronically.

Richard C. McCrea, Jr. | Florida Bar No. 351539 | Email: mccrear@gtlaw.com
-and-
Cayla M. Page | Florida Bar No. 1003487 | Email: mccreac@gtlaw.com
GREENBERG TRAURIG, P.A.
-and-
Andrea E. Nieto | Florida Bar No. 98039 | Email: andrea.nieto@gtlaw.com
101 E. Kennedy Boulevard, Suite 1900 Tampa, FL 33602
Telephone: (813) 318-5700 | Facsimile: (813) 318-5900
*Attorneys for Defendants*