APPEAL NUMBER 23-13746-A

---

UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

---

BOBBY SHED,

Appellant,

v.

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, ET. AL.,

Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
(District Court Case No.: 8:22-cv-01327-KKM-TGW)

---

APPELLANT'S UNOPPOSED AMENDED NOTICE OF APPEAL

---

Bobby Shed, Pro Se Appellant
4601 East Moody Blvd Unit E8-4
Bunnell, FL 32110
Phone: (386) 235-0133
Email: ShedBobby@GMail.com

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**
**801 North Florida Avenue | Tampa, Florida 33602**

BOBBY SHED,
Pro Se Plaintiff,

vs.                              APPEALS No. 23-13746-A
                                 CASE NO. 8:22-cv-01327-KKM-TGW

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,
Provost Dwayne Smith, in his official and individual capacities,
Atty. Camille Blake, in her official and individual capacities,
Atty. Joanne Adamchak, in her official and individual capacities,
Dir. Deborah McCarthy, in her official and individual capacities,
Dean Moez Limayem, in his official and individual capacities,
Dean Jacqueline Reck, in her official and individual capacities,
Prof. Jianping Qi, in his official and individual capacities,
Prof. Ninon Sutton, in her official and individual capacities,
Prof. Scott Besley, in his official and individual capacities,
and
Prof. Murat Munkin, in his official and individual capacities,
Defendants.

<u>Unopposed Amended Notice of Appeal to a Court of Appeals From a Appealable/Order Judgment of a District Court</u>

Comes now Pro Se Plaintiff, Bobby Shed (hereinafter "Shed" or "Plaintiff") and files Amended Notice of Appeal.

2

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
## 801 North Florida Avenue | Tampa, Florida 33602

Docket Number:  8:22-cv-01327-KKM-TGW

BOBBY SHED,
Pro Se Plaintiff,

v.

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,
Dwayne Smith, in his official and individual capacities,
Camille Blake, in her official and individual capacities,
Joanne Adamchak, in her official and individual capacities,
Deborah McCarthy, in her official and individual capacities,
Moez Limayem, in his official and individual capacities,
Jacqueline Reck, in her official and individual capacities,
Jianping Qi, in his official and individual capacities,
Ninon Sutton, in her official and individual capacities,
Scott Besley, in his official and individual capacities, and
Murat Munkin, in his official and individual capacities,
Defendants.

**AMENDED NOTICE OF APPEAL**

**Amended Notice Is Hereby Given** that Pro Se Plaintiff Bobby Shed hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment in this matter (Document #147 filed on 11-September-2023) along with the orders and matters that buttress the Final Judgment including (but not limited to): the Order that grants Judgment on Pleadings in favor of Defendant Murat Munkin and denies reconsideration of dismissed counts (Document #146 filed on 08-September-2023); the Order on Defendants' Motion to Dismiss (Document #121 filed on 10-July-2023); the Orders denying discovery to Plaintiff Shed and granting Discovery to Defendants (Document #134 filed on 10-August-2023); and other matters preserved by Objections filed by Plaintiff.  Pro Se Plaintiff Bobby Shed further appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment to tax costs in this matter (Document #172 filed on 19-January-2024) along orders and objections that buttress the Judgment to tax costs.

**Timeliness:** This Amended Notice of Appeal is timely in that the District Court granted an enlargement of time for Plaintiff Shed to appeal.

**Filing Fees:**  Filing fees for the Notice of Appeals has been submitted to the Clerk's Office.


Most Humbly Submitted,


   Dated:  01-February-2024

   By:   /s/ Bobby Shed
       Bobby Shed
       4601 East Moody Blvd Unit E8-4
       Bunnell, FL 32110
       Phone: (386)235-0133
       Fax: 888-310-3591
       Email: ShedBobby@GMail.com

CERTIFICATION OF CONFERENCE - Local Rule 3.01(g)

Plaintiff conferred in good faith with Defendant's Counsel on 28-January-2024 prior to submitting this instant Amended Notice of Appeal. Defendant's Counsels stated that they do not oppose the present Amended Notice of Appeal.

CERTIFICATE OF SERVICE

I hereby certify that on 01-February-2024, I filed the foregoing with the Clerk of the Court which should cause the Defendants' attorney of record and additional Counsel to receive notification electronically.

Richard C. McCrea, Jr. | Florida Bar No. 351539 | Email: mccrear@gtlaw.com
-and-
Cayla M. Page | Florida Bar No. 1003487 | Email: mccreac@gtlaw.com
GREENBERG TRAURIG, P.A.
-and-
Andrea E. Nieto | Florida Bar No. 98039 | Email: andrea.nieto@gtlaw.com
101 E. Kennedy Boulevard, Suite 1900 Tampa, FL 33602
Telephone: (813) 318-5700 | Facsimile: (813) 318-5900
*Attorneys for Defendants*